JUDGE RAKOFF



08 CV 5593

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NVIDIA CORPORATION,

Plaintiff,

-against-

SCANNER TECHNOLOGIES CORPORATION,

Defendant.

08CV
ECF Case

RECEIVED
JUN 20 2008
U.S.D.C. S.D. N.Y.
CASHIERS

---

## DECLARATORY JUDGMENT COMPLAINT

Plaintiff NVIDIA Corporation, for its Complaint against defendant Scanner Technologies Corporation, alleges as follows:

### THE PARTIES

1.     Plaintiff NVIDIA ("NVIDIA") is a Delaware corporation having its principal place of business at 2701 San Thomas Expressway, Santa Clara, CA 95050.

2.     Upon information and belief, defendant Scanner Technologies Corporation ("Scanner") is a Minnesota corporation having its principal place of business at 14505 21st Avenue North, Minneapolis, MN 55447.

3.     Upon information and belief, Scanner is the owner of record of U.S. Patent No. 7,079,678 (the "'678 Patent") entitled "Electronic Component Products Made According to a Process that Includes a Method for Three Dimensional Inspection," issued July 18, 2006, a copy of which is attached hereto as Exhibit A.

4.     Upon information and belief, Scanner is the owner of record of U.S. Patent No. 7,085,411 (the "'411 Patent") entitled "Method of Manufacturing Electronic Components

Including a Method for Three Dimensional Inspection," issued August 1, 2006, a copy of which is attached hereto as Exhibit B.

     5.      The '678 Patent and the '411 Patent relate generally to the use of inspection equipment to inspect ball grid array devices.

     6.      On June 19, 2008, the United States Court of Appeals for the Federal Circuit decided the case *Scanner Techs. Corp. v. ICOS Vision Sys. Corp., N.V.*, No. 00-Civ.-4992 (Fed. Cir. June 19, 2008), affirming the District Court's judgment that asserted claims of patents related to the '678 Patent and the '411 Patent are invalid as obvious and not infringed by inspection equipment manufactured by ICOS Vision Systems Corp. ("ICOS"). This appeal was from a case brought by Scanner in this Court in 2000, *Scanner Techs. Corp. v. ICOS Vision Sys. Corp., N.V.*, No. 00-Civ.-4992 (S.D.N.Y.).

     7.      NVIDIA is a customer of ICOS inspection equipment.

     8.      On September 15, 2006, Scanner filed a lawsuit against NVIDIA in the United States District Court for the Eastern District of Texas alleging infringement of the '678 Patent and the '411 Patent through use of ICOS inspection equipment, *Scanner Techs. Corp. v. NVIDIA Corp.*, No. 06-Civ.-0205 (E.D. Tex.). In part, as a result of the rulings in the New York case between Scanner and ICOS, the case against NVIDIA in Texas was dismissed.

**JURISDICTION AND VENUE**

     9.      This is an action for declaratory judgment pursuant to 28 U.S.C. §§ 2201 and 2202, relating to the infringement of the '678 Patent and the '411 Patent. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 2201 and 2202 and under 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the patent laws of the United States, in particular, 35 U.S.C. §§ 101 et seq. and 271 et seq.

10.    There is an actual and justiciable controversy within the meaning of 28 U.S.C. §§ 2201 and 2202 because Scanner previously filed a lawsuit alleging infringement of the '678 Patent and the '411 Patent by NVIDIA.

11.    The litigation history between Scanner and ICOS involving alleged infringement of Scanner's patents by ICOS inspection equipment further creates an actual and justiciable controversy within the meaning of 28 U.S.C. §§ 2201 and 2202 because NVIDIA is a customer of ICOS inspection equipment.

12.    Venue is proper in this district court pursuant to 28 U.S.C. §§ 1391(b) and (c) and 1400(b).

13.    This Court has personal jurisdiction over Scanner because Scanner has committed acts within this judicial district giving rise to this action and has established minimum contacts with the forum such that the exercise of jurisdiction over Scanner would not offend traditional notions of fair play and substantial justice.

## COUNT 1

## DECLARATORY JUDGMENT FOR NO INFRINGEMENT OF THE '678 PATENT

14.    NVIDIA repeats and realleges the allegations of paragraphs 1-13 as if set forth herein.

15.    NVIDIA has not infringed and is not now infringing either literally or by application of the doctrine of equivalents any claim of the '678 Patent.

16.    NVIDIA has not and is not now inducing or contributing to the infringement of any claim of the '678 Patent by others either directly or indirectly, or literally or by application of the doctrine of equivalents.

## COUNT 2

## DECLARATORY JUDGMENT FOR NO INFRINGEMENT OF THE '411 PATENT

17.    NVIDIA repeats and realleges the allegations of paragraphs 1-16 as if set forth
herein.

18.    NVIDIA has not infringed and is not now infringing either literally or by
application of the doctrine of equivalents any claim of the '411 Patent.

19.    NVIDIA has not and is not now inducing or contributing to the infringement of
any claim of the '411 Patent by others either directly or indirectly, or literally or by application of
the doctrine of equivalents.

## COUNT 3

## DECLARATORY JUDGMENT FOR INVALIDITY OF THE '678 PATENT

20.    NVIDIA repeats and realleges the allegations of paragraphs 1-19 as if set forth
herein.

21.    Each claim of the '678 Patent is invalid because the patent and the alleged
invention therein fails to comply with the requirements of 35 U.S.C. §§ 101 et seq., including but
not limited to, 35 U.S.C. §§ 101, 102, 103 and 112.

## COUNT 4

## DECLARATORY JUDGMENT FOR INVALIDITY OF THE '411 PATENT

22.    NVIDIA repeats and realleges the allegations of paragraphs 1-21 as if set forth
herein.

23.    Each claim of the '411 Patent is invalid because the patent and the alleged
invention therein fails to comply with the requirements of 35 U.S.C. §§ 101 et seq., including but
not limited to, 35 U.S.C. §§ 101, 102, 103 and 112.

## DEMAND FOR JUDGMENT

WHEREFORE NVIDIA respectfully requests that this Court enter the following relief:

1.  A declaratory judgment that NVIDIA is not liable for infringement of the '678 Patent;

2.  A declaratory judgment that NVIDIA is not liable for infringement of the '411 Patent;

3.  A declaratory judgment that the claims of the '678 Patent are invalid;

4.  A declaratory judgment that the claims of the '411 Patent are invalid;

5.  A declaration that this case is exceptional under 35 U.S.C. § 285;

6.  A judgment in favor of ICOS for its attorney's fees, costs and expenses in this action; and

7.  A judgment in favor of ICOS for such further, necessary and proper relief as this Court may deem just and proper.

## JURY DEMAND

NVIDIA demands a trial by jury of any issues triable of right by a jury.

Dated: New York, New York
June 20, 2008

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
    Rodger Andrew Sadler (RS-5657)

666 Fifth Avenue
New York, New York 10103
(212) 506-5053

Attorneys for Plaintiff
NVIDIA CORPORATION

OF COUNSEL:

I. Neel Chatterjee
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
(650) 614-7400

# EXHIBIT A



US007079678B2

## (12) United States Patent
Beaty et al.

(10) Patent No.: **US 7,079,678 B2**
(45) Date of Patent: ***Jul. 18, 2006**

(54) **ELECTRONIC COMPONENT PRODUCTS MADE ACCORDING TO A PROCESS THAT INCLUDES A METHOD FOR THREE DIMENSIONAL INSPECTION**

(75) Inventors: **Elwin M. Beaty**, Tempe, AZ (US); **David P. Mork**, Tempe, AZ (US)

(73) Assignee: **Scanner Technologies Corporation**, Minneapolis, MN (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/069,757**

(22) Filed: **Feb. 28, 2005**

(65) **Prior Publication Data**

US 2005/0190960 A1    Sep. 1, 2005

**Related U.S. Application Data**

(63) Continuation of application No. 09/844,232, filed on Apr. 27, 2001, now Pat. No. 6,915,006, which is a continuation-in-part of application No. 09/351,892, filed on Jul. 13, 1999, now Pat. No. 6,862,365, which is a continuation-in-part of application No. 09/008,243, filed on Jan. 16, 1998, now Pat. No. 6,072,898.

(51) Int. Cl.
*G06K 9/00* (2006.01)

(52) **U.S. Cl.** .................. **382/145**; 382/151; 348/135; 356/237.1; 702/153

(58) **Field of Classification Search** ............... 382/141, 382/144, 145, 146, 149, 150, 151, 153, 154; 250/559.23, 559.34, 559.29; 702/127, 152; 348/87, 94, 953; 356/237.1, 237; 700/259
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

1,894,025 A    1/1933  Dennison et al.

(Continued)

FOREIGN PATENT DOCUMENTS

JP    9304030    11/1997

(Continued)

OTHER PUBLICATIONS

ICOS Vision Systems. "CI-8250, The Complete High-Speed Inspection Systems", 6 pages, Mar. 1997.

(Continued)

*Primary Examiner*—Sheela Chawan
(74) *Attorney, Agent, or Firm*—Roberts, Mardula & Wertheim, LLC

(57) **ABSTRACT**

A calibration and part inspection method for the inspection of ball grid array, BGA, devices. One or more cameras image a precision pattern mask with dot patterns deposited on a transparent reticle. The precision pattern mask is used for calibration of the system. A light source and overhead light reflective diffuser provide illumination. A camera images the reticle precision pattern mask from directly below. An additional mirror or prism located below the bottom plane of the reticle reflects the reticle pattern mask from a side view, through prisms or reflective surfaces, into the camera. By imaging more than one dot pattern the missing state values of the system can be resolved using a trigonometric solution. The reticle with the pattern mask is removed after calibration and the BGA to be inspected is placed with the balls facing downward, in such a manner as to be imaged by a single camera, or optionally, via additional cameras. The scene of the part can thus be triangulated and the dimensions of the BGA are determined.

**126 Claims, 30 Drawing Sheets**



**US 7,079,678 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,895,446 A | 7/1975 | Orlov et al. |
| 4,084,875 A | 4/1978 | Yamamoto |
| 4,213,146 A | 7/1980 | Maiman |
| 4,463,310 A | 7/1984 | Whitley |
| 4,521,807 A | 6/1985 | Werson |
| 4,603,487 A | 8/1986 | Matsunata |
| 4,638,471 A | 1/1987 | van Rosmalen |
| 4,677,473 A | 6/1987 | Okamoto et al. |
| 4,714,830 A | 12/1987 | Usui |
| 4,731,855 A | 3/1988 | Suda et al. |
| 4,774,768 A | 10/1988 | Chiponis |
| 4,776,102 A | 10/1988 | Carroll |
| 4,776,103 A | 10/1988 | Cote |
| 4,821,157 A | 4/1989 | Birk et al. |
| 4,825,394 A | 4/1989 | Beamish et al. |
| 4,849,743 A | 7/1989 | Ohno |
| 4,886,958 A | 12/1989 | Merryman et al. |
| 4,893,183 A | 1/1990 | Nayar |
| 4,943,722 A | 7/1990 | Breton et al. |
| 4,973,948 A | 11/1990 | Roberts |
| 5,032,924 A | 7/1991 | Brown et al. |
| 5,039,868 A | 8/1991 | Kobayashi |
| 5,048,904 A | 9/1991 | Montagu |
| 5,058,178 A | 10/1991 | Ray |
| 5,095,447 A | 3/1992 | Manns et al. |
| 5,113,581 A | 5/1992 | Hidese |
| 5,114,229 A | 5/1992 | Ilideshima |
| 5,133,601 A | 7/1992 | Cohen et al. |
| 5,140,643 A | 8/1992 | Izumi et al. |
| 5,163,232 A | 11/1992 | Gonzales, Jr. et al. |
| 5,173,796 A | 12/1992 | Palm et al. |
| 5,204,734 A | 4/1993 | Cohen et al. |
| 5,208,463 A | 5/1993 | Honma et al. |
| 5,245,671 A | 9/1993 | Kobayashi et al. |
| 5,276,546 A | 1/1994 | Palm et al. |
| 5,307,149 A | 4/1994 | Palm et al. |
| 5,345,391 A | 9/1994 | Hull et al. |
| 5,355,221 A | 10/1994 | Cohen et al. |
| 5,420,689 A | 5/1995 | Siu |
| 5,420,691 A | 5/1995 | Kawaguchi |
| 5,430,548 A | 7/1995 | Hiroi et al. |
| 5,452,080 A | 9/1995 | Tomiya |
| 5,455,870 A | 10/1995 | Sepai et al. |
| 5,465,152 A | 11/1995 | Bilodeau et al. |
| 5,546,189 A | 8/1996 | Svetkoff et al. |
| 5,550,763 A | 8/1996 | Michael et al. |
| 5,563,702 A | 10/1996 | Emery et al. |
| 5,563,703 A | 10/1996 | Lebeau et al. |
| 5,574,668 A | 11/1996 | Beaty |
| 5,574,801 A | 11/1996 | Collet-Beillon |
| 5,581,632 A | 12/1996 | Koljonen |
| 5,592,562 A | 1/1997 | Rooks |
| 5,600,150 A | 2/1997 | Stern et al. |
| 5,617,209 A | 4/1997 | Svetkoff et al. |
| 5,621,530 A | 4/1997 | Marrable, Jr. |
| 5,648,853 A | 7/1997 | Stern et al. |
| 5,652,658 A | 7/1997 | Jackson et al. |
| 5,654,800 A | 8/1997 | Svetkoff et al. |
| 5,692,070 A | 11/1997 | Kobayashi |
| 5,694,482 A | 12/1997 | Maali et al. |
| 5,734,475 A | 3/1998 | Pai |
| 5,761,337 A | 6/1998 | Nishimura et al. |
| 5,801,966 A | 9/1998 | Ohashi |
| 5,812,268 A | 9/1998 | Jackson et al. |
| 5,812,269 A | 9/1998 | Svetkoff et al. |

| | | | |
|---|---|---|---|
| 5,815,275 A | 9/1998 | Svetkoff et al. | |
| 5,818,061 A | 10/1998 | Stern et al. | |
| 5,828,449 A | 10/1998 | King et al. | |
| 5,859,698 A | 1/1999 | Chau et al. | |
| 5,859,924 A | 1/1999 | Liu et al. | |
| 5,870,489 A | 2/1999 | Yamazaki et al. | |
| 5,943,125 A | 8/1999 | King et al. | |
| 6,005,965 A | 12/1999 | Tsuda et al. | |
| 6,055,054 A | 4/2000 | Beaty et al. | |
| 6,055,055 A | 4/2000 | Toh | |
| 6,064,759 A | 5/2000 | Buckley et al. | |
| 6,072,898 A | 6/2000 | Beaty et al. | |
| 6,096,567 A | 8/2000 | Kaplan et al. | |
| 6,141,040 A | 10/2000 | Toh | |
| 6,236,747 B1 | 5/2001 | King et al. | |
| 6,307,210 B1 | 10/2001 | Suzuki et al. | |
| 6,862,365 B1 * | 3/2005 | Beaty et al. | 382/145 |
| 6,915,006 B1 * | 7/2005 | Beaty et al. | 382/145 |
| 2002/0037098 A1 | 3/2002 | Beaty et al. | |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 10104033 | 4/1998 |
| JP | 10221066 | 8/1998 |
| JP | 10227623 | 8/1998 |
| JP | 10232114 | 9/1998 |
| JP | 10267621 | 10/1998 |
| WO | WO-91/12489 | 8/1991 |
| WO | WO-92/07250 | 4/1992 |
| WO | WO-97/44634 | 11/1997 |

## OTHER PUBLICATIONS

ICOS Vision Systems. "3-D BGA Datasheet (Projector)", Available at least as early as 1997.

Ballard, Dana H.; Brown, Christopher M. Computer Vision (1982), Chapter 3, pp. 88-89. Prentice-Hall, Inc. Englewood Cliffs, NJ.

Schurr, George. "Basics of Stereocopic Machine Vision for 3D Gauging." International Robots & Vision Automation Conference, Apr. 4-8, 1993, pp. 16/37-46.

Ye, Shenghua; Zou, Dinghai; Wang, Chunhe. "Vision-Based System Calibration for Dimensional Inspection." Proceedings of the 1992 Intl. Conference on Industrial Electronics, Control, Instrumentation and Automation, 1992.

Lau, John. Ball Grid Array Technology (1995), pp. 558, 561, 565, 591. McGraw-Hill, New York, NY.

Smets et al. "System for 2D and 3D Inspection of BGA's Using Vision." BGA Packaging and Assembly Conference, pp. 1-8, Jan. 16-17, 1995.

* Gonzalez, Wintz. "Stereo Imaging." Digital Image Processing, pp. 52-54, circa 1987.

*Gonzalez, Woods, "Stereo Imaging." Digital Image Processing, pp. 68-72, circa 1992.

* Handlick (sp?), Shapiro. "Stereo." Computer Robot, pp. 156-159, circa 1993.

* ICOS Vision Systems, NV. "BGA 2D Inspection System." Product Brochure, undated.

* Caracappa. "On Improving BGA Reliability." SMT, pp. 44-46, Jun. 1997.

* Komatsu. "CSP Inspection Machine." Undated brochure available at Japan Semicon Conference in Dec. 1997.

* cited by examiner



_Fig_ 1A



CALIBRATION
RETICLE

*Fig—* **1B1**



BOTTOM VIEW
IMAGE

*Fig—* **1B2**

2 SIDE VIEWS
IMAGE

*Fig—* **1B3**



START

PROVIDING A TRANSPARENT RETICLE HAVING A BOTTOM SURFACE WITH A PATTERN OF PRECISION DOTS. ⌁101

PROVIDING A CAMERA DISPOSED BENEATH THE TRANSPARENT RETICLE TO RECEIVE AN IMAGE OF THE DOT PATTERN WHEREIN THE CAMERA PROVIDES THE IMAGE DATA. ⌁102

PROVIDING A FRAME GRABBER BOARD TO RECEIVE THE IMAGE DATA. ⌁103

PROCESSING THE IMAGE DATA WITH A PROCESSOR TO CALCULATE THE STATE VALUES OF THE BOTTOM VIEW. ⌁104

Fig. 2A



*Fig.* 2B



START

PROVIDING A TRANSPARENT RETICLE HAVING A BOTTOM
SURFACE WITH A PATTERN OF PRECISION DOTS.    ～121

PROVIDING FIXED OPTICAL ELEMENTS FOR OBTAINING
SIDE PERSPECTIVE VIEWS.    ～122

PROVIDING A CAMERA DISPOSED TO RECEIVE AN IMAGE
OF SIDE PERSPECTIVE VIEWS REFLECTED FROM
OPTICAL ELEMENTS.    ～123

PROVIDING A FRAME GRABBER BOARD TO RECEIVE THE
IMAGE DATA.    ～124

PROCESSING THE IMAGE DATA WITH A PROCESSOR TO
CALCULATE THE STATE VALUES OF THE SIDE
PERSPECTIVE VIEWS.    ～125

_Fig_ 2C



START

FIND CALIBRATION DOTS ~131

CALCULATE CAMERA DISTORTION AND ROLL ANGLE ~132

CALCULATE PIXEL WIDTH AND HEIGHT ~133

DEFINE X AND Y WORLD COORDINATES ~134

CALCULATE SIDE VIEW ANGLE ~135

REPEAT FOR NEXT PERSPECTIVE VIEW ~136

Fig. 2D



Fig. 2E



SIDE PERSPECTIVE VIEW

_Fig._ 2F2

BOTTOM VIEW

_Fig._ 2F1



_Fig._ 3A

Case 1:08-cv-05593-DC    Document 1-2    Filed 06/20/2008    Page 13 of 48



BGA

_Fig_ 3B1



BOTTOM VIEW
IMAGE

_Fig_ 3B2

2 SIDE VIEWS
IMAGE

_Fig_ 3B3



START

PROVIDING A PART HAVING BALLS FACING DOWN FOR INSPECTION. ∿141

PROVIDING A CAMERA DISPOSED BENEATH THE CENTRAL AREA OF THE PART TO BE INSPECTED. ∿142

PROVIDING A FRAME GRABBER BOARD TO RECEIVE THE BOTTOM VIEW IMAGE DATA. ∿143

PROVIDING FIXED OPTICS FOR PROVIDING TWO SIDE PERSPECTIVE VIEWS OF THE PART. ∿144

PROVIDING A CAMERA TO RECEIVE THE TWO SIDE PERSPECTIVE VIEWS OF THE PART. ∿145

PROVIDING A FRAME GRABBER BOARD TO RECEIVE THE SIDE PERSPECTIVE IMAGE. ∿146

PROCESSING THE IMAGE DATA TO PROVIDE A THREE DIMENSIONAL ANALYSIS OF THE PART. ∿147

Fig. 4



A

| LOOP WAITS FOR INSPECT SIGNAL | 151 |

| ACQUIRE IMAGES | 152 |

| SEND SIGNAL TO MOVE PART | 153 |

| FIND PART PLACEMENT IN BOTTOM VIEW | 154 |

| LOCATE BALLS IN BOTTOM VIEW | 155 |

| LOCATE BALLS IN SIDE VIEWS | 156 |

| LOCATE REFERENCE POINTS IN SIDE VIEWS | 157 |

_Fig_ 5A

Case 1:08-cv-05593-DC    Document 1-2    Filed 06/20/2008    Page 16 of 48



CONVERT PIXEL
VALUES
TO WORLD ∼ 158

CALCULATE Z
HEIGHT
OF BALLS ∼ 159

CONVERT WORLD
VALUES
TO PART ∼ 160

CONVERT PART
VALUES TO
MEASUREMENTS ∼ 161

CALCULATE
PART
RESULT ∼ 162

SEND
PART RESULT
SIGNAL ∼ 163

A

_Fig_ 5B



Fig—6A



Fig. 6B

Case 1:08-cv-05593-DC    Document 1-2    Filed 06/20/2008    Page 19 of 48



*Fig_ 7A*



*Fig_ 7B*



300

302

303

301

2 SIDE VIEWS
CALIBRATION PATTERN

Fig. 8A



310

312

313

311

2 SIDE VIEWS
BALLS

Fig. 8B

Case 1:08-cv-05593-DC     Document 1-2     Filed 06/20/2008     Page 21 of 48





*Fig. 10A*



Fig. 10B



_Fig._ 11A

Case 1:08-cv-05593-DC    Document 1-2    Filed 06/20/2008    Page 25 of 48



CALIBRATION
RETICLE

*Fig.* 11B1



BOTTOM VIEW IMAGE

*Fig.* 11B2

SIDE VIEW IMAGE

*Fig.* 11B3



_Fig_ 12A



70

71

71

BGA

$\mathcal{Fig}$ 12B1



80        81

BOTTOM VIEW IMAGE

$\mathcal{Fig}$ 12B2



95        94

SIDE VIEW IMAGE

$\mathcal{Fig}$ 12B3







$\mathcal{F}ig\_$ 15



CALIBRATION
RETICLE

*Fig.* 16A



IMAGE

*Fig.* 16B

Case 1:08-cv-05593-DC     Document 1-2     Filed 06/20/2008     Page 32 of 48



$F\underline{\textit{ig}}$_ 17



BGA

$\overline{Fig.}$ 18A



IMAGE

$\overline{Fig.}$ 18B

US 7,079,678 B2

1

# ELECTRONIC COMPONENT PRODUCTS MADE ACCORDING TO A PROCESS THAT INCLUDES A METHOD FOR THREE DIMENSIONAL INSPECTION

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation of application Ser. No. 09/844,232, filed Apr. 27, 2001, now U.S. Pat. No. 6,915,006 which is a continuation-in-part of application Ser. No. 09/351,892, filed Jul. 13, 1999, now U.S. Pat. No. 6,862,365 which is a continuation-in-part of application Ser. No. 09/008,243, filed Jan. 16, 1998, now issued as U.S. Pat. No. 6,072,898. The application Ser. No. 09/844,232, application Ser. No. 09/351,892, and U.S. Pat. No. 6,072,898 are incorporated by reference herein, in their entireties, for all purposes.

## NOTICE REGARDING COPYRIGHT

A portion of the disclosure of this patent document contains material that is subject to copyright protection. The copyright owner has no objection to the facsimile reproduction by anyone of the patent disclosure, as it appears in the Patent and Trademark Office patent files or records, but otherwise reserves all copyright rights whatsoever.

## FIELD OF THE INVENTION

This invention relates to a method and apparatus for three dimensional inspection and, more particularly, a method and apparatus for three dimensional inspection of solder balls on ball grid arrays and solder bumps on wafer and die, and to a calibration method.

## BACKGROUND OF THE INVENTION

Prior art three dimensional inspection systems have involved laser range finding technology, moire interferometry, structured light patterns or two cameras. The laser range finding method directs a focused laser beam onto the Ball Grid Array, BGA, and detects the reflected beam with a sensor. Elements of the BGA are determined in the X, Y and Z dimensions utilizing a triangulation method. This method requires a large number of measurement samples to determine the dimensions of the BGA resulting in longer inspection times. This method also suffers from specular reflections from the smooth surfaces of the solder balls resulting in erroneous data.

Moire interferometry utilizes the interference of light waves generated by a diffraction grating to produce a pattern of dark contours on the surface of the BGA. These contours are of known distance in the Z dimension from the diffraction grating. By counting the number of contours from one point on the BGA to another point on the BGA, the distance in the Z dimension between the two points can be determined. This method suffers from the problem of low contrast contour lines resulting in missed counting of the number of contours and resulting in erroneous data. This method also suffers from the contour lines merging at surfaces with steep slopes, such as the sides of the balls on the BGA, resulting in an incorrect count of the number of contours and resulting in erroneous data.

Structured light systems project precise bands of light onto the part to be inspected. The deviation of the light band from a straight line is proportional to the distance from a

2

reference surface. The light bands are moved across the part, or alternately the part is moved with respect to the light bands, and successive images are acquired. The maximum deviation of the light band indicates the maximum height of a ball. This method suffers from specular reflections due to the highly focused nature of the light bands resulting in erroneous data. This method further suffers from increased inspection times due to the number of images required.

Two camera systems utilize one camera to view the BGA device in the normal direction to determine X and Y dimensions and the second camera to view the far edges of the balls from an angle. The two images are combined to determine the apparent height of each ball in the Z dimension utilizing a triangulation method. This method suffers from the need for a higher angle of view of the ball from the second camera resulting in looking at a point significantly below the top of the ball for BGA's having fine pitch. This method also suffers from limited depth of focus for the second camera limiting the size of BGA's that can be inspected. This system can only inspect BGA's and not other device types such as gullwing and J lead devices.

The prior art does not provide two separate and opposite side views permitting larger BGA's to be inspected or nonlinear optics to enhance the separation between adjacent ball images in the side perspective view.

It is therefore a motivation of the invention to improve the accuracy of the measurements, the speed of the measurements, the ability to measure all sizes and pitches of BGA's and to measure other devices including gullwing and J lead parts in a single system.

## SUMMARY OF THE INVENTION

The invention provides an apparatus for three dimensional inspection of an electronic part, wherein the apparatus is calibrated using a precision pattern mask with dot patterns deposited on a calibration transparent reticle, the apparatus for three dimensional inspection of an electronic part comprising a camera and an illuminator for imaging the electronic part, the camera being positioned to obtain a first view of the electronic part, a means for light reflection positioned to reflect a different view of the electronic part into the camera, wherein the camera provides an image of the electronic part having differing views of the electronic part, and a means for image processing the image of the electronic part that applies calculations on the differing views of the image to calculate a three dimensional position of at least one portion of the electronic part.

The invention further comprises a ring light. The means for light reflection could further comprise a mirror, a prism, or a curved mirror. The electronic part may be a ball grid array, balls on a wafer, or balls on a die.

The means for imaging provides the image to a frame grabber board. The frame grabber board provides an image data output to a processor to perform a three dimensional inspection of the part.

The apparatus may further comprise a nonlinear optical element to magnify the second image in one dimension. In the apparatus a maximum depth of focus of a side perspective view allows for a fixed focus system to inspect larger electronic parts, with one perspective view imaging one portion of the electronic part and a second perspective view imaging a second portion of the electronic part. Also, in the apparatus a maximum depth of focus of a side perspective view includes an area of the electronic part including a

US 7,079,678 B2

3

center row of balls. Furthermore, all of the balls on the electronic part may be in focus resulting in two perspective views for each ball.

The invention comprises a means for inspecting gullwing and J lead devices.

The invention further provides a method for three dimensional inspection of a lead on a part, the method comprising the steps of using a camera to receive an image of the lead, transmitting the image of the lead to a frame grabber, providing fixed optical elements to obtain a side perspective view of the lead, transmitting the side perspective view of the lead to the frame grabber, operating a processor to send a command to the frame grabber to acquire images of pixel values from the camera, and processing the pixel values with the processor to calculate a three dimensional position of the lead. State values may be determined from the part itself.

The lead may be a curved surface lead, a ball, a ball grid array, a formed wire, a stamped metal form or similar object that can be imaged from two separate directions.

The processor processes the pixel values to find a rotation, an X placement value and a Y placement value of the part relative to world X and Y coordinates by finding points on four sides of the part.

The invention further provides the steps of using a part definition file that contains measurement values for an ideal part, calculating an expected position for each lead of the part for a bottom view using the measurement values from the part definition file and the X placement value and Y placement value.

The invention further provides the step of using a search procedure on the image data to locate the lead.

The invention further provides the step of determining a lead center location and a lead diameter in pixels and storing the lead center location and lead diameter in memory.

The invention further provides the step of calculating an expected position of a center of each lead in both side perspective views in the image using a known position of each side view from calibration.

The invention further provides the step of using a subpixel edge detection method to locate a reference point on each lead.

The invention further provides the step of converting the pixel values into world locations by using pixel values and parameters determined during calibration wherein the world locations represent physical locations of the lead with respect to world coordinates defined during calibration.

The invention further provides for the calculation of a Z height of each lead in world coordinates in pixel values by combining a location of a center of a lead from a bottom view with a reference point of the same lead from a side perspective view.

The invention further provides the step of converting the world values to part values using the rotation, the X placement value and the Y placement value to define part coordinates for the ideal part where the part values represent physical dimensions of the lead including lead diameter, lead center location in X part and Y part coordinates and lead height in Z world coordinates.

The invention further provides the step of comparing ideal values defined in the part file to calculate deviation values that represent a deviation of the center of the lead from its ideal location. The deviation values may include lead diameter in several orientations with respect to the X placement value and Y placement value, lead center in the X direction, Y direction and radial direction, lead pitch in the X direction and Y direction and missing and deformed leads, further

4

comprising the step of calculating the Z dimension of the lead with respect to the seating plane based on the Z world data.

The invention further provides the step of comparing the deviation values to predetermined tolerance values with respect to an ideal part as defined in the part definition file to provide a lead inspection result.

Electronic components are produced according to manufacturing methods that provide for three dimensional inspection of the electronic components.

BRIEF DESCRIPTION OF THE DRAWINGS

To illustrate this invention, preferred embodiments will be described herein with reference to the accompanying drawings.

FIG. 1A shows the apparatus of the invention for system calibration.

FIGS. 1B1, 1B2, and 1B3 show an example calibration pattern and example images of the calibration pattern acquired by the system.

FIG. 2A shows a flow chart of a method of the invention used for calibration of the bottom view.

FIG. 2B shows a flow chart of a method of the invention used for determining the state values, and the X and Y world coordinates, of the bottom view of the system.

FIG. 2C shows a flow chart of a method of the invention used for calibration of the side perspective views.

FIG. 2D shows a flow chart of a method of the invention used for determining the state values of the side perspective views of the system.

FIG. 2E shows the relationship of a side perspective angle to the ratio of the perspective dimensions to the non-perspective dimensions.

FIGS. 2F1 and 2F2 show a bottom view and a side perspective view of precision dots used in the method for determining a side perspective view angle.

FIG. 3A shows the apparatus of the invention for part inspection.

FIGS. 3B1, 3B2, and 3B3 show example images of a part acquired by the system.

FIG. 4 shows a method of the invention for the three dimensional inspection of balls on a ball grid array.

FIGS. 5A and 5B together show a flow chart of the three dimensional inspection method of the invention.

FIGS. 6A and 6B show an example ball of a ball grid array and associated geometry used in a method of the invention for determining the Z position of the ball.

FIG. 7A shows one example of an image used in the grayscale blob method of the invention.

FIG. 7B shows one example of an image used with the method of the invention to perform a subpixel measurement of the ball reference point.

FIG. 8A shows a side perspective image of the calibration pattern magnified in one dimension.

FIG. 8B shows a side perspective image of the balls on a BGA, magnified in one dimension.

FIG. 9 shows an apparatus for presenting a BGA for inspection.

FIGS. 10A and 10B show an example ball of a ball grid array with associated geometry as used with a method of the invention for determining the Z position of a ball using two side perspective views.

FIG. 11A shows the apparatus of the invention for system calibration, utilizing a single side perspective view.

US 7,079,678 B2

5

FIGS. 11B1, 11B2, and 11B3 show an example calibration pattern and example images of a calibration pattern acquired by the system, utilizing a single side perspective view, of the invention.

FIG. 12A shows the apparatus of the invention for ball inspection utilizing a single side perspective view.

FIGS. 12B1, 12B2, and 12B3 show an example ball grid array and example images of the ball grid array for three dimensional inspection, utilizing a single side perspective view.

FIG. 13 shows the apparatus of the invention for the three dimensional inspection of ball grid array devices, gullwing devices and J lead devices.

FIG. 14 shows the apparatus of the invention for the three dimensional inspection of parts utilizing three cameras.

FIG. 15 shows the apparatus of the invention configured with a calibration reticle 1020 for use during calibration of the state values of the system.

FIGS. 16A and 16B show an example calibration pattern and example images of the calibration pattern acquired by the single camera system.

FIG. 17 shows the apparatus of the invention configured with a part 1040 to be inspected by the system.

FIGS. 18A and 18B show a part and example images of a part acquired by the system.

DETAILED DESCRIPTION OF THE
PREFERRED EMBODIMENT

In one embodiment of the invention, the method and apparatus disclosed herein is a method and apparatus for calibrating the system by placing a pattern of calibration dots of known spacing and size on the bottom plane of a calibration reticle. From the precision dots the missing state values of the system are determined allowing for three dimensional inspection of balls on ball grid array devices, BGA devices or balls on wafers or balls on die. In one embodiment of the invention the system may also inspect gullwing and J lead devices as well as ball grid arrays.

Refer now to FIG. 1A which shows the apparatus of the invention configured with a calibration reticle for use during calibration of the state values of the system. The apparatus obtains what is known as a bottom image 50 of the calibration reticle 20. To take the bottom image 50 the apparatus includes a camera 10 with a lens 11 and calibration reticle 20 with a calibration pattern 22 on the bottom surface. The calibration pattern 22 on the reticle 20 comprises precision dots 24. The camera 10 is located below the central part of the calibration reticle 20 to receive an image 50 described in conjunction with FIGS. 1B1, 1B2, and 1B3. In one embodiment the camera 10 comprises an image sensor. The image sensor may be a charged coupled device array. The camera 10 is connected to a frame grabber board 12 to receive the image 50. The frame grabber board 12 provides an image data output to a processor 13 to perform a two dimensional calibration as described in conjunction with FIG. 2A. The processor 13 may store an image in memory 14. The apparatus of the invention obtains an image of a pair of side perspective views and includes using a camera 15 with a lens 16 and a calibration reticle 20. The camera 15 is located to receive an image 60, comprising a pair of side perspective views, described in conjunction with FIGS. 1B1, 1B2, and 1B3. Fixed optical elements 30, 32 and 38 provide a first side perspective view and fixed optical elements 34, 36, 38 for a second side perspective view. The fixed optical elements 30, 32, 34, 36 and 38 may be mirrors or prisms. As will be appreciated by those skilled in the art additional

6

optical elements may be incorporated. The camera 15 is connected to a frame grabber board 17 to receive the image 60. The frame grabber board 17 provides an image data output to a processor 13 to perform a two dimensional inspection as described in conjunction with FIG. 2B. The processor 13 may store an image in memory 14. In one embodiment of the invention, the apparatus may contain a nonlinear optical element 39 to magnify the side perspective image 60 in one dimension as shown in FIG. 8A. In another embodiment of the invention optical element 38 may be a nonlinear element. The nonlinear optical elements 38 and 39 may be a curved mirror or a lens.

FIGS. 1B1, 1B2, and 1B3 show an example image 50 from camera 10 and an example image 60 from camera 15 acquired by the system. The image 50, a bottom view of dot pattern 22, shows dots 52 acquired by camera 10. The dot pattern contains precision dots 24 of known dimensions and spacing. The precision dots 24 are located on the bottom surface of the calibration reticle 20. The image 60 shows two side perspective views of the dot pattern 22. A first side perspective view in image 60 contains images 62 of dots 24 and is obtained by the reflection of the image of the calibration reticle dot pattern 22 off of fixed optical elements 30, 32 and 38 into camera 15. A second side perspective view in image 60 contains images 66 of dots 24 and is obtained by the reflection of the image of the calibration reticle dot pattern 22 off of fixed optical elements 34, 36 and 38 into camera 15.

Optical element 36 is positioned to adjust the optical path length of a second side perspective view to equal the optical path length of a first side perspective view. Those skilled in the art will realize that any number of perspective views can be utilized by the invention. In one embodiment of the invention, the maximum depth of focus of a side perspective view includes an area of the reticle including the center row of dots. This allows for a fixed focus system to inspect larger parts, with one perspective view imaging half of the part and the second perspective view imaging the other half of the part.

FIG. 2A shows a flow diagram for the calibration of the bottom view of the system. The method starts in step 101 by providing a transparent reticle 20 having a bottom surface containing a dot pattern 22, comprising precision dots 24 of known dimensions and spacing. The method in step 102 provides a camera 10 located beneath the transparent reticle 20 to receive an image 50. In step 103 the processor 13 sends a command to a frame grabber 12 to acquire an image 50, comprising pixel values from the camera 10. The method then proceeds to step 104 and processes the pixel values with a processor 13.

FIG. 2B shows a flow diagram for determining the state values of the bottom view of the system. In step 111 the method begins by finding the dots 52 in image 50, corresponding to the calibration dots 24. The processor finds a dimension and position for each dot visible in image 50 in subpixel values using well known grayscale methods and stores these values in memory 14. By comparing these results to known values stored in memory, the processor calculates the missing state values for the bottom calibration in steps 112 and 113. In step 112 the processor 13 calculates the optical distortion of lens 11 and the camera roll angle with respect to the dot pattern 22. Step 113 calculates the pixel width and pixel height by comparing the subpixel data of dots 52 with the known dimensions of the precision dot pattern 22. The pixel aspect ratio is determined from the pixel width and pixel height. In step 114 the processor defines the X and Y world coordinates and the Z=0 plane

US 7,079,678 B2

7

from the image 50 of the precision dot pattern 22. The processor then stores these results in memory. These results provide conversion factors for use during analysis to convert pixel values to world values.

FIG. 2C shows a flow diagram for the calibration of the side perspective views of the system. The method starts in step 121 by providing a transparent reticle 20 having a bottom surface containing a dot pattern 22, comprising precision dots 24 of known dimensions and spacing. The method in step 122 provides fixed optical elements 30, 32, 34, 36 and 38 to reflect two perspective images of the precision dot pattern 22 into camera 15. The method in step 123 provides a camera 15 located to receive an image 60. In step 124 the processor 13 sends a command to a frame grabber 12 to acquire an image 60, comprising pixel values from the camera 15. The method then proceeds to step 125 and processes the pixel values with a processor 13.

FIG. 2D shows a flow diagram for determining the state values of the side perspective views of the system. In step 131 the method begins by finding dots 62 in image 60, corresponding to the calibration dots 24. The processor finds a dimension and position for each dot visible, comprising the group of dots 62, in image 60 for a first side perspective view in subpixel values and stores these values in memory. By comparing these results to known values stored in memory, the processor calculates the missing state values for a side perspective view, comprising the group of dots 62, in steps 132 and 133. In step 132 the processor 13 calculates the optical distortion of lens 16 and the camera roll angle with respect to the dot pattern 22. In step 133 the processor 13 calculates the pixel width and pixel height by comparing the subpixel data of dots 62 with the known dimensions of the precision dots 24. The pixel aspect ratio is determined from the pixel width and pixel height. In step 134 the processor defines the X and Y world coordinates and the Z=0 plane from the dots 62 in image 60 of the dot pattern 22. The processor then stores these results in memory. These results provide conversion factors for use during analysis to convert pixel values to world values. In step 135 the method of the invention computes the side view angle. In step 136 the method is repeated for a second side perspective view using the dots 66 in image 60.

FIG. 2E shows the relationship of a side perspective angle to the ratio of the perspective dimension to the non-perspective dimension. Ray 171, 172, and 173 defining point 181 is parallel to ray 174, 175 and 176 defining point 182. Point 181 and point 182 lie on a plane 170 parallel to a plane 180. The intersection of ray 175 and ray 176 define point 186. The intersection of ray 176 and ray 172 define point 184. The intersection of ray 173 and ray 172 define point 187. The intersection of ray 174 and ray 172 define point 183. The reflecting plane 179 intersecting plane 180 at an angle D is defined by ray 172 and ray 175 and the law of reflectance. Ray 172 and ray 175 intersect plane 170 at an angle 177. Referring to FIG. 2E it can be shown:

$$\tan \theta = C/D_B$$

$$C/\sin A = L/\sin A \text{ Therefore: } C = L$$

$$\cos \theta = D_N/L = D_N/C$$

$$C = D_N/\cos \theta$$

Substituting:

$$\tan \theta = (D_N/\cos \theta)/D_B = D_N/D_B \times \cos \theta$$

$$(\tan \theta)(\cos \theta) = D_N/D_B = \sin \theta$$

$$\theta = \arcsin(D_N/D_B)$$

8

FIGS. 2F1 and 2F2 show a bottom view and a side perspective view of precision dots used in the method for determining a side perspective view angle 177 used in FIG. 2E of the system. A bottom view image 200 comprising precision dots 201, 202 and 203 of known spacing and dimensions from the calibration method described earlier can be used to provide a reference for determination of a side perspective view angle 177. The value $D_H$ and $D_B$ are known from the bottom view calibration. A side perspective view image 210 comprising precision dots 211, 212 and 213, corresponding to bottom view dots 201, 202 and 203 respectively, of known spacing and dimensions $D_x$ and $D_h$, from the calibration method described earlier, can be used to determine the side view perspective angle. The ratio of $(D_x/D_H)$ from the bottom image 200 and the side perspective image 210 can be used in the bottom view to calibrate $D_p$ in the same units as the side perspective view as follows:

$$D_{Bcal} = D_B(D_x/D_H)$$

Substituting into the equation for the side perspective view angle 177 described earlier yields:

$$\theta = \arcsin(D_N/D_B) = \arcsin(D_x/D_{Bcal})$$

$$\theta = \arcsin(D_x D_H/D_B D_h)$$

FIG. 3A shows the apparatus of the invention for a three dimensional inspection of the balls of a ball grid array. The apparatus of the invention includes a part 70 to be inspected. The apparatus further includes a camera 10 with a lens 11, located below the central area of part 70, to receive a bottom image 80, described in conjunction with FIGS. 3B1, 3B2, AND 3B3, of part 70. The camera 10 is connected to a frame grabber board 12 to receive the image 80. The frame grabber board 12 provides an image data output to a processor 13 to perform a two dimensional inspection as described in conjunction with FIG. 3A. The processor 13 may store an image in memory 14. The apparatus of the invention obtains an image of a pair of side perspective views with a camera 15 and a lens 16. The camera 15 is located to receive an image 90, comprising a pair of side perspective views, described in conjunction with FIGS. 3B1, 3B2, and 3B3 and utilizing fixed optical elements 30, 32 and 38 for a first side perspective view and fixed optical elements 34, 36 and 38 for a second side perspective view. In one embodiment of the invention, the apparatus may contain a nonlinear optical element 39 to magnify the side perspective image 60 in one dimension as shown in FIG. 8B. In another embodiment of the invention optical element 38 may be the nonlinear element. The fixed optical elements 30, 32, 34, 36 and 38 may be mirrors or prisms. As will be appreciated by those skilled in the art additional optical elements may be incorporated without deviating from the spirit and scope of the invention. The camera 15 is connected to a frame grabber board 17 to receive the image 90. The frame grabber board 17 provides an image data output to a processor 13 to calculate the Z position of the balls, described in conjunction with FIG. 3Z. The processor 13 may store an image in memory 14.

FIGS. 3B1, 3B2, and 3B3 show an example image 80 from camera 10 and an example image 90 from camera 15 acquired by the system. The image 80 shows the bottom view of the balls located on the bottom surface of a part 70. The image 90 shows two side view perspectives of the balls located on part 70. A first side perspective view in image 90 contains images of balls 91 and is obtained by the reflection

US 7,079,678 B2

9 10

of the image of the part 70 off of fixed optical elements 30, 32 and 38 into camera 15. A second side perspective view in image 90 contains images of balls 92 and is obtained by the reflection of the image of the part 70 off of fixed optical elements 34, 36 and 38 into camera 15. Optical element 36 is positioned to adjust the optical path length of a second side perspective view to equal the optical path length of a first side perspective view. In one embodiment of the invention, the maximum depth of focus of a side perspective view just includes an area of the part including the center row of balls. This allows for a fixed focus system to inspect larger parts, with one perspective view imaging at least half of the part and the second perspective view imaging at least the other half of the part. Those skilled in the art will realize that any number of perspective views can be utilized by the invention. In another embodiment of the invention, all of the balls are in focus from both side perspective views resulting in two perspective views for each ball. This permits two Z calculations for each ball as shown in conjunction with FIGS. 10A and 10B.

FIG. 4 shows a flow diagram for the three dimensional inspection of balls on a ball grid array. The method starts in step 141 by providing a part 70 having balls 71 facing down. The method in step 142 provides a camera 10 located beneath the part 70 to receive an image 80. In step 143 a frame grabber 12 is provided to receive the image 80 from camera 10. In step 144, fixed optical elements are provided for obtaining two side perspective views of the part 70. A first optical path is provided by optical elements 30, 32 and 38. A second optical path is provided by optical elements 34, 36 and 38. A second camera 15 receives an image 90 of two side perspective views in step 145. In step 146 a second frame grabber board 17 is provided to receive the image 90 from camera 15. A processor 13 sends a command to frame grabbers 12 and 17 to acquire images 80 and 90 comprising pixel values from cameras 10 and 15. The method then proceeds to step 147 and processes the pixel values with a processor 13 to obtain three dimensional data about part 70.

The invention contemplates the inspection of parts that have ball shaped leads whether or not packaged as a ball grid array. The invention also contemplates inspection of leads that present a generally curvilinear profile to an image sensor.

FIGS. 5A and 5B together show a flow chart of the three dimensional inspection method of the invention. The process begins in step 151 by waiting for an inspection signal. When the signal changes state, the system initiates the inspection. The processor 13 sends a command to frame grabber boards 12 and 17 to acquire images 80 and 90 respectively of part 70 having balls 71. In step 152, camera 10 captures an image 80 comprising pixel values and camera 15 captures an image 90 comprising pixel values and the processor stores the images in memory 14. The images comprise information from both a bottom view and two side perspective views as shown in FIGS. 3B1, 3B2, AND 3B3. In step 153, the inspection system sends a signal to a part handler shown in FIG. 9 to allow the part handler to move the part out of the inspection area and allows the next part to be moved into the inspection area. The handler may proceed with part placement while the inspection system processes the stored image data.

The inspection system processes the pixel values of the stored image 80 in step 154 to find a rotation, and X placement and Y placement of the part relative to the world X and Y coordinates. The processor determines these placement values finding points on four sides of the body of the part. In step 155, the processor employs a part definition file that contains values for an ideal part.

By using the measurement values from the part definition file and the placement values determined in step 154, the processor calculates an expected position for each ball of the part for the bottom view contained in image 80. The processor employs a search procedure on the image data to locate the balls 81 in image 80. The processor then determines each ball's center location and diameter in pixel values using grayscale blob techniques as described in FIG. 7A. The results are stored in memory 14.

The processor proceeds in step 156 to calculate an expected position of the center of each ball in both side perspective views in image 90 using the known position of each side view from calibration. The processor employs a subpixel edge detection method described in FIG. 72 to locate a reference point on each ball in step 157. The results are stored in memory 14.

Now refer to FIG. 5B. In step 158 the processor converts the stored pixel values from steps 154 and 157 into world locations by using pixel values and parameters determined during calibration. The world locations represent physical locations of the balls with respect to the world coordinates defined during calibration.

In step 159 the Z height of each ball is calculated in world coordinates in pixel values. The method proceeds by combining the location of the center of a ball from the bottom view 80 with the reference point of the same ball from a side perspective view in image 90 as described in FIGS. 6A and 6B. The processor then converts the world values to part values using the calculated part rotation, and X placement and Y placement in step 160 to define part coordinates for the ideal part. The part values represent physical dimensions of the balls such as ball diameter, ball center location in X part and Y part coordinates and ball height in Z world coordinates.

In step 161 these part values are compared to the ideal values defined in the part file to calculate the deviation of each ball center from its ideal location. In one example embodiment of the invention the deviation values may include ball diameter in several orientations with respect to the X and Y part coordinates, ball center in the X direction, Y direction and radial direction, ball pitch in the X direction and Y direction and missing and deformed balls. The Z world data can be used to define a seating plane, using well known mathematical formulas, from which the Z dimension of the balls with respect to the seating plane can be calculated. Those skilled in the art will recognize that there are several possible definitions for seating planes from the data that may be used without deviating from the spirit and scope of the invention.

In step 162 the results of step 161 are compared to predetermined thresholds with respect to the ideal part as defined in the part file to provide an electronic ball inspection result. In one embodiment the predetermined tolerance values include pass tolerance values and fail tolerance values from industry standards. If the measurement values are less than or equal to the pass tolerance values, the processor assigns a pass result for the part. If the measurement values exceed the fail tolerance values, the processor assigns a fail result for the part. If the measurement values are greater than the pass tolerance values, but less than or not equal to the fail tolerance values, the processor designates the part to be reworked. The processor reports the inspection result for the part in step 163, completing part inspection. The process then returns to step 151 to await the next inspection signal.

US 7,079,678 B2

11

12

FIGS. 6A and 6B show an example ball of a ball grid array and associated geometry used in a method of the invention for determining the Z position of the ball. The method determines the Z position of a ball with respect to the world coordinates defined during calibration. Using parameters determined from the calibration procedure as shown in FIGS. 2B and 2D to define a world coordinate system for the bottom view and the two side perspective views, comprising world coordinate plane 250 with world coordinate origin 251 and world coordinate axis X 252, Y 253 and Z 254 shown in FIG. 6A, and a pair of images 80 and 90 as shown in FIGS. 3B1, 3B2, AND 3B3, the processor computes a three dimensional location.

Now refer to FIG. 6A. The processor locates a point 258 on the world plane 250 determined by a bottom view ray 255 passing through the center 257 of a ball 71 on a part 70. The processor locates a side perspective view point 260 on the world plane 250 determined by a side perspective view ray 256 intersecting a ball reference point 259 on ball 71 and intersecting the bottom view ray 255 at a virtual point 261. Ray 256 intersects the world plane 250 at an angle 262 determined by the reflection of ray 256 off of the back surface 263 of prism 30. The value of angle 262 was determined during the calibration procedure.

Now refer to FIG. 6B. The distance L.sub.1 is calculated by the processor as the difference between world point 258, defined by the intersection of ray 255 with the Z=0 world plane 250, and world point 260, defined by the intersection of ray 256 and the Z=0 world plane 250. The value Z is defined as the distance between world point 261 and 258 and is related to L, as follows:

$$\tan \theta_1 = Z/L_1$$

Z can be computed by processor 13 since the angle 262 is known from calibration. The offset E 265 is the difference between the virtual point 261 defined by the intersection of ray 255 and ray 256 and the crown of ball 71 at point 264, defined by the intersection of ray 255 with the crown of ball 71, and can be calculated from the knowledge of the angle 262 and the ideal dimensions of the ball 71. The final value of Z for ball 71 is:

$$Z_{Final} = Z - E$$

FIG. 7A shows one example of an image used in the grayscale blob method of the invention. The image processing method finds the location and dimensions of a ball 71 from a bottom image 80. From the expected position of a ball 71, a region of interest in image 80 is defined as (X1, Y1) by (X2,Y2). The width and height of the region of interest are large enough to allow for positioning tolerances of part 70 for inspection. Due to the design of the lighting for the bottom view, the spherical shape of balls 71 of part 70 present a donut shaped image where the region 281, including the perimeter of the ball 71, comprises camera pixels of higher grayscale values and where the central region 282 comprises camera pixels of lower grayscale values. The remainder 283 of the region of interest 280 comprises camera pixels of lower grayscale values.

In one embodiment of the invention the processor 13 implements image processing functions written in the C programming language.

The C language function "FindBlobCenter", as described below, is called to find the approximate center of the ball 71 by finding the average position of pixels that are greater than a known threshold value. Using the coordinates of the approximate center of the ball 71, the region 282 of lower

grayscale pixel values can be converted to higher grayscale values by calling the C language function "FillBallCenter", as described below. The exact center of the ball 71 can be found by calling the C language function "FindBallCenter" which also returns an X world and Y world coordinate. The diameter of the ball 71 can be calculated by the C language function, "Radius=sqrt(Area/3.14)". The area used in the diameter calculation comprises the sum of pixels in region 281 and 282.

FIG. 7B shows one example of an image used with the method of the invention to perform a subpixel measurement of the ball reference point. The method of the invention finds a reference point on a ball 71 in an image 90 of a side perspective view as shown in FIGS. 3B1, 3B2, AND 3B3. From the expected position of a ball 71, a region of interest 290 in image 80 is defined as (X3, Y3) by (X4,Y4). The width and height of the region of interest are large enough to allow for positioning tolerances of part 70 for inspection. Due to the design of the lighting for a side perspective view, the spherical shape of balls 71 of part 70 present a crescent shaped image 291 comprising camera pixels of higher grayscale values and where the remainder 293 of the region of interest 290 comprises camera pixels of lower grayscale values.

The C language function "FindBlobCenter" is called to compute the approximate center of the crescent image 291 by finding the average position of pixels that are greater than a known threshold value. Using the coordinates of the approximate center of the crescent image 291, the C language function "FindCrescentTop" is called to determine the camera pixel, or seed pixel 292 representing the highest edge on the top of the crescent. The camera pixel coordinates of the seed pixel are used as the coordinates of a region of interest for determining the subpixel location of the side perspective ball reference point.

One example of grayscale blob analysis and reference point determination implemented in the C language is presented as follows:

```
//////////////////////////////////////////////
//
// FindBlobCenter - finds the X,Y center of the pixels that have a value
greater than THRESHOLD in the region (x1,y1) to (x2,y2)
//////////////////////////////////////////////
//
long FindBlobCenter(int x1,int y1,int x2,int y2, double* pX,double* pY)
{
    int x,y;
    long Found = 0;
    long SumX = 0;
    long SumY = 0;
    for (x=x1;x<=x2;x++)
    {
        for (y=y1;y<=y2;y++)
        {
            if (Pixel [x] [y] > THRESHOLD)
            {
                SumX += x;
                SumY += y;
                Found ++;
            }
        }
    }
    if (Found > 0)
    {
        *pX = (double)SumX / (double)Found;
        *pY = (double)SumY / (double)Found;
    }
    return Found;
}
```

US 7,079,678 B2

13

14

-continued

```
//////////////////////////////////////////
//
// FillBallCenter - fills the center of the BGA "donut"
//////////////////////////////////////////
//
void FillBallCenter(double CenterX,double CenterY,double Diameter)
{
    int x,y;
    int x1 = (int) (CenterX - Diameter / 4.0);
    int x2 = (int) (CenterX + Diameter / 4.0);
    int y1 = (int) (CenterY - Diameter / 4.0);
    int y2 = (int) (CenterY + Diameter / 4.0);
    for (x=x1;x<=x2;x++)
    {
        for (y=y1;y<=y2;y++)
        {
            Pixel [x] [y] = 255;
        }
    }
}
//////////////////////////////////////////
//
// FindBallCenter - finds the X,Y center of the a BGA ball
//       using the grayscale values
//////////////////////////////////////////
long FindBallCenter(int x1,int y1,int x2,int y2, double* pX,double* pY,
                    double* pRadius)
{
    int x,y;
    long Found = 0;
    long Total = 0;
    long SumX = 0;
    long SumY = 0;
    for (x=x1;x<=x2;x++)
    {
        for (y=y1;y<=y2;y++)
        {
            if (Pixel [x] [y] > THRESHOLD)
            {
                SumX += x*Pixel [x] [y];
                SumY += y*Pixel [x] [y];
                Total += Pixel [x] [y];
                Found ++;
            }
        }
    }
    if (Found > 0)
    {
        *pX     = (double)SumX / (double)Total;
        *pY     = (double)SumY / (double)Total;
        *pRadius = sqrt((double)Found / 3.14159279);
    }
    return Found;
}
//////////////////////////////////////////
//
// FindCresentTop - finds the X,Y top position of a BGA cresent
//////////////////////////////////////////
void FindCresentTop(int CenterX,int CenterY,int Diameter, int* pX,
                    int* pY)
{
    int x,y,Edge,Max,TopX,TopY;
    int x1 = CenterX - Diameter / 2;
    int x2 = CenterX + Diameter / 2;
    int y1 = CenterY - Diameter / 2;
    int y2 = CenterY;
    *pY = 9999;
    for (x=x1;x<=x2;x++)
    {
        Max = -9999;
        for (y=y1;y<=y2;y++)
        {
            Edge = Pixel [x] [y] - Pixel [x] [y-1];
            if (Edge > Max)
            {
                Max = Edge;
                TopY = y;
```

-continued

```
            TopX = x;
        }
    }
    if (TopY < *pY)
    {
        *pX = TopX;
        *pY = TopY;
    }
}
```

(c) 1997 Scanner Technologies Inc.

FIG. 8A shows a side perspective image of the calibration pattern magnified in one dimension. FIG. 8A shows a side perspective image 300 of a reticle calibration pattern where the space 303 between dot 301 and dot 302 is magnified, increasing the number of lower value grayscale pixels when compared to a non magnified image.

FIG. 8B shows a side perspective image of the balls on a BGA, magnified in one dimension. In FIG. 8B a side perspective image 310 of two views are shown where the space 313 between ball image 311 and ball image 312 is magnified, increasing the number of lower value grayscale pixels when compared to a non magnified image. The increased number of lower grayscale value pixels allows for the successful application of the subpixel algorithm.

In another embodiment of the invention, the method and apparatus disclosed herein is a method and apparatus for calibrating the system by placing a pattern of calibration dots of known spacing and dimensions on the bottom plane of a calibration reticle and for providing for two side perspective views of each ball for the three dimensional inspection of parts. From the precision dots the missing state values of the system are determined allowing for three dimensional inspection of balls on BGA devices or balls on wafers or balls on die.

FIG. 9 shows an example apparatus for presenting a BGA to the system for inspection. An overhead light reflective diffuser 5 includes a vacuum cup assembly 6. The vacuum cup assembly may attach to a BGA part 70 having balls 71 and suspend the BGA part 70 below the overhead light reflective diffuser 5.

FIGS. 10A and 10B show an example ball on a ball grid array and associated geometry for use with the method of the invention for determining the Z position of a ball with respect to the world coordinates defined during calibration, using two perspective views for each ball. Using parameters determined from the calibration procedure as shown in FIGS. 2B and 2D to define a world coordinate system for the bottom view and the two side perspective views, comprising world coordinate plane 700 with world coordinate origin 701 and world coordinate axis X 702, Y 703 and Z 704 shown in FIG. 10A and FIG. 10B, and a pair of images 80 and 90 as shown in FIGS. 3B1, 3B2, AND 3B3, the processor computes a three dimensional location.

Now refer to FIG. 10A. The processor locates a point 709 on the world plane 700 determined by a bottom view ray 705 passing through the center 708 of a ball 717. The processor locates a first side perspective view point 711 on the world plane 700 determined by a side view ray 706 intersecting a ball reference point 710 on ball 717 and intersecting the bottom view ray 705 at a virtual point 714. Ray 706 intersects the world plane 700 at an angle 715 determined by the reflection of ray 706 off of the back surface of prism 30. The value of angle 715 was determined during the calibration procedure. The processor locates a second side perspec-

US 7,079,678 B2

15

tive view point 713 on the world plane 700 determined by a side view ray 707 intersecting a ball reference point 712 on ball 717 and intersecting the bottom view ray 705 at a virtual point 718. Ray 707 intersects the world plane 700 at an angle 716 determined by the reflection of ray 707 off of the back surface of prism 34. The value of angle 716 was determined during the calibration procedure.

Now refer to FIG. 10B. The distance $L_1$ is calculated by the processor as the distance between world point 709 and world point 711. The distance $L_2$ is calculated by the processor as the distance between world point 713 and world point 709. The value $Z_1$ is defined as the distance between world point 714 and 709 and is related to $L_1$ as follows:

$$\tan \theta_1 \ Z_1/L_1$$

$$Z_1-L_1 \tan \theta_1$$

The value $Z_2$ is defined as the distance between world point 718 and 709 and is related to $L_2$ as follows:

$$\tan \theta_2-Z_2/L_2$$

$$Z_2-L_2 \tan \theta_2$$

The average of $Z_1$ and $Z_2$ are calculated and used as the value for Z of the ball. This method is more repeatable and accurate than methods that use only one perspective view per ball.

In still another embodiment of the invention, the method and apparatus disclosed herein is a method and apparatus for calibrating the system by placing a pattern of calibration dots of known spacing and dimensions on the bottom plane of a calibration reticle and for providing a single side perspective view for the three dimensional inspection of parts. From the precision dots the missing state values of the system are determined allowing for three dimensional inspection of balls on BGA devices or balls on wafers or balls on die.

FIG. 11A shows the apparatus of the invention for system calibration, utilizing a single side perspective view. The method and apparatus for calibration of the bottom view is identical to the method and apparatus described earlier in FIGS. 2A and 2B for the two side perspective views method. The apparatus for an image of a side perspective view includes a camera 15 with a lens 18 and a calibration reticle 20. The camera 15 is located to receive an image 64 of a side perspective view comprising dots 65, described in conjunction with FIGS. 11B1, 11B2, AND 11B3, and utilizing fixed optical elements 40 and 42. The fixed optical element 40 may be a mirror or prism. The fixed optical element 42 is a nonlinear element that magnifies the image in one direction. In another embodiment fixed optical element 40 may be this nonlinear element. As will be appreciated by those skilled in the art additional optical elements may be incorporated. The camera 15 is connected to a frame grabber board 17 to receive the image 64. The frame grabber board 17 provides an image data output to a processor 13 to perform a two dimensional inspection as described in conjunction with FIG. 2B. The processor 13 may store an image in memory 14.

FIGS. 11B1, 11B2, and 11B3 show an example calibration pattern and example images of a calibration pattern acquired by the system, utilizing a single side perspective view, of the invention. FIGS. 11B1, 11B2, and 11B3 show an example image 50 from camera 10 and an example image 64 from camera 15 acquired by the system. The image 50 showing dots 52 acquired by camera 10 includes a bottom

16

view of the dot pattern 22, containing precision dots 24 of known dimensions and spacing, located on the bottom surface of the calibration reticle 20. The image 64 shows a side perspective view of the dot pattern 22, containing precision dots 24 of known dimensions and spacing, located on the bottom surface of the calibration reticle 20. A side perspective view in image 64 contains images of dots 65 and is obtained by the reflection of the image of the calibration reticle dot pattern 22 off of fixed optical element 40, passing through nonlinear element 42 and into camera 15.

The side perspective calibration is identical to the method shown in FIG. 2C except the fixed optical elements may have different properties.

The determination of the state values for the side perspective view is identical to the method shown in FIG. 2D except the fixed optical elements may be different and there is only one side perspective view. The principles and relationships shown in FIG. 2E, FIG. 2F1, and FIG. 2F2 apply.

In still another embodiment employing a single side perspective view, the invention does not include the nonlinear element 42.

FIG. 12A shows the apparatus of the invention for ball inspection utilizing a single side perspective view. The apparatus of the invention includes a part 70 to be inspected. The apparatus further includes a camera 10 with a lens 11, located below the central area of part 70, to receive a bottom image 80, described in conjunction with FIGS. 12B1, 12B2, and 12B3, of part 70. The camera 10 is connected to a frame grabber board 12 to receive the image 80. The frame grabber board 12 provides an image data output to a processor 13 to perform a two dimensional inspection as described in conjunction with FIGS. 12B1, 12B2, and 12B3. The processor 13 may store an image in memory 14. The apparatus for an image of a single side perspective view includes a camera 15 with a lens 18. The camera 15 is located to receive an image 94, comprising a single side perspective view, described in conjunction with FIGS. 12B1, 12B2, and 12B3 and utilizing fixed optical element 40 and nonlinear, fixed optical element 42, to magnify the side perspective view in one dimension. In another embodiment of the invention optical element 40 may be the nonlinear element. The fixed optical element 40 may be a mirror or prism. As will be appreciated by those skilled in the art additional optical elements may be incorporated. The camera 15 is connected to a frame grabber board 17 to receive the image 94. The frame grabber board 17 provides an image data output to a processor 13 to calculate the Z position of the balls, described in conjunction with FIGS. 12B1, 12B2, and 12B3. The processor 13 may store an image in memory 14.

FIGS. 12B1, 12B2, and 12B3 show an example ball grid array and example images of the ball grid array for three dimensional inspection, utilizing a single side perspective view. FIGS. 12B1, 12B2, and 12B3 show an example image 80 from camera 10 and an example image 94 from camera 15 acquired by the system. The image 80 shows the bottom view of the balls 71 located on the bottom surface of a part 70. The image 94 shows a side perspective view of the balls 71 located on part 70. The side perspective view in image 94 contains images of balls 95 and is obtained by the reflection of the image of the part 70 off of fixed optical element 40 and passing through the nonlinear fixed element 42 into camera 15.

In an alternate embodiment of the invention, the system can be used to inspect other types of electronic parts in three dimensions, such as gullwing and J lead devices. By utilizing only one camera and adding an additional set of prisms on the reticle 400 these other devices may be inspected. The

**17**

advantage of being able to inspect different devices with the same system includes savings in cost, and floor space in the factory. Additionally this design allows more flexibility in production planning and resource management.

FIG. 13 shows the apparatus of the invention for the three dimensional inspection of ball grid array devices, gullwing devices and J lead devices. The apparatus described in FIG. 13 allows the inspection of BGA, gullwing and J lead devices all on the same system. The apparatus includes a part 402 to be inspected located over the central area of a transparent reticle 400 with prisms 401 glued to the top surface to receive side perspective views of part 402. A gullwing and J lead inspection device 21 may be integrated into the ball grid array inspection device. One example embodiment of such a gullwing and J lead inspection device is the "UltraVim" scanner from Scanner Technologies of Minnetonka, Minn. The apparatus further includes a camera 10A with a lens 11A, located below the central area of part 402 and reticle 400 to receive a bottom view and side perspective views of part 402. The camera 10A is connected to a frame grabber board 12A to receive an image. The frame grabber board 12A provides an image data output to a processor 13A to perform a three dimensional inspection of part 402. The processor 13A may store an image in memory 14A. These components comprise the hardware of the gullwing and J lead inspection device 21 and are shared by the ball grid array inspection device as described herein.

The UltraVim is described in U.S. patent application Ser. No. 08/850,473 entitled THREE DIMENSIONAL INSPECTION SYSTEM by Beaty et al., filed May 5, 1997 which is incorporated in its entirely by reference thereto.

Refer now to FIG. 14. In still another embodiment of the invention, the system may use three cameras to image directly the bottom view and two side perspective views as shown in FIG. 14. FIG. 14 shows the apparatus of the invention for a three dimensional inspection of the balls of a BGA. The apparatus of the invention includes a part 70, with balls 71 to be inspected. The apparatus further includes a camera 10 with a lens 11, located below the central area of part 70, to receive a bottom image 80, described in conjunction with FIGS. 12B1, 12B2, and 12B3, of part 70. The camera 10 is connected to a frame grabber board 12 to receive the image 80. The frame grabber board 12 provides an image data output to a processor 13 to perform a two dimensional inspection as described in conjunction with FIGS. 12B1, 12B2, and 12B3. The processor 13 may store an image in memory 14. The apparatus for an image of a first side perspective view includes a camera 15 with a lens 19. The camera 15 is located to receive an image 94, comprising a single side perspective view, described in conjunction with FIGS. 12B1, 12B2, and 12B3 and utilizing fixed optical element 38, to magnify the side perspective view in one dimension. The camera 15 is connected to a frame grabber board 17 to receive the image 94. The frame grabber board 17 provides an image data output to a processor 13 to calculate the Z position of the balls, described in conjunction with FIGS. 12B1, 12B2, and 12B3. The processor 13 may store an image in memory 14. The apparatus for an image of a second side perspective view includes a camera 15 with a lens 19. The camera 15 is located to receive an image similar to 94, comprising a single side perspective view, described in conjunction with FIGS. 12B1, 12B2, and 12B3 and utilizing fixed optical element 38, to magnify the side perspective view in one dimension. The camera 15 is connected to a frame grabber board 17 to receive the image similar to 94. The frame grabber board 17 provides an image data output to a processor 13 to calculate the Z position of

**18**

the balls, described in conjunction with FIGS. 12B1, 12B2, and 12B3. The processor 13 may store an image in memory 14. In another embodiment, the nonlinear fixed optical element 38 may be missing. In still another embodiment of the invention, only one side perspective view may be utilized.

In another embodiment of the invention, the method and apparatus disclosed herein is a method and apparatus using a single camera for calibrating the system by placing a pattern of calibration dots of known spacing and size on the bottom plane of a calibration reticle. From the precision dots the missing state values of the system are determined allowing for three dimensional inspection of balls on ball grid array devices, BGA devices or balls on wafers or balls on die.

Refer now to FIG. 15 which shows one example of the apparatus of the invention configured with a calibration reticle 1020 for use during calibration of the state values of the system. Calibration reticle 1020 is positioned to be viewed by camera 1008. Camera 1008 further comprises a lens 1006. Camera 1008 receives a composite image of the calibration reticle 1020, one portion of the image, through mirror 1002 and an additional portion directly. A frame grabber 1010 receives image information from the camera 1008 and provides processor 1012 with image information of the calibration reticle 1020. The image information and other inspection information may be stored in memory 1014. The apparatus obtains an image 1024 showing a bottom view 1026 containing an image 1031 of a precision dot 1030 and a side view 1028 containing an image 1032 of precision dot 1030 of the calibration reticle 1020 shown in FIG. 16A. This image 1024 is shown in FIG. 16B. To take the image 1024, the apparatus includes a means of illumination 1017, an overhead light diffuser 1015, the camera 1008, with lens 1006, and calibration reticle 1020 with a calibration pattern 1022 on the bottom surface of the calibration reticle 1020. A separate optical element 1002 is positioned below the calibration reticle 1020 to provide an additional perspective or side view 1028 containing an image of precision dot 1032 of the calibration reticle 1020.

In one embodiment of the invention, the optical element 1002 may comprise a prism. In another embodiment of the invention, the optical element 1002 may comprise a mirror. As will be appreciated by one skilled in the art, the invention will work with any number of side views. The calibration pattern 1021 on the reticle 1020 comprises precision dots 1022. The camera 1008 is located below the central part of the calibration reticle 1020 to receive an image 1024 described in conjunction with FIGS. 16A and 16B. In one embodiment of the invention, the camera 1008 comprises an image sensor. The image sensor may be a charged coupled device array. The camera 1008 is connected to a frame grabber board 1010 to receive the image 1024. The frame grabber board 1010 provides an image data output to a processor 1012 to perform a three dimensional calibration as described in conjunction with FIG. 16B. The principles and relationships shown in FIGS. 2E and 2F apply. The processor 1012 may store an image in memory 1014.

Now refer to FIGS. 16A and 16B which show a calibration reticle 1020 having precision dots 1022. FIG. 16B shows a composite image 1024 of the calibration reticle 1020. The bottom view 1026 shows precision dot 1030 with a first perspective view 1031 and a side view 1028 shows precision dot 1030 with a second perspective view 1032. The system processor processes the composite image 1024 according to the system of equations described herein with the bottom view 1026 and side view 1028 providing infor-

US 7,079,678 B2

19

20

mation for the solution of the system of equations. The principles and relationships shown in FIG. 2E, FIG. 2F1, and FIG. 2F2 apply.

In another embodiment of the invention, the method and apparatus disclosed herein is a method and apparatus using a single camera for a three dimensional inspection of balls on ball grid array devices, BGA/CSP devices or balls on wafers or balls on die.

Refer now to FIG. 17 which shows the apparatus of the invention configured with a part 1040 to be inspected by the system. The apparatus obtains an image 1044 showing a bottom view 1046 containing an image of a ball 1050 and a side view 1048 containing an image of a ball 1052 of the part 1040. To take the image 1044, the apparatus includes a means of illumination 1017 which may be a ring light, camera 1008 with a first optical element, lens 1006, and a part 1040 with a ball 1042 on the bottom surface. In one embodiment of the invention, the means of illumination 1017 lights the bottom surface of the part 1040 to allow imaging the perimeter of the part 1040. In another embodiment of the invention, overhead diffuser 1015 provides illumination for imaging of the perimeter of the part 1040.

In one example, the means for illumination may comprise reflected light, the lens 1006 may comprise a plurality of lens elements, a pin hole lens or a telecentric lens, and the processor 1012 may comprise a personal computer. Those skilled in the art will understand that the output of the sensor may be transmitted directly to memory without the use of a frame grabber.

A separate second optical element 1002 is positioned below the bottom plane of part 1040 to provide an additional perspective or side view 1048 of the part 1040 containing an image of the ball 1052 of the part 1040. In one embodiment of the invention, the optical element 1002 may comprise a prism. In another embodiment of the invention, the optical element 1002 may comprise a mirror. As will be appreciated by one skilled in the art, the invention will work with any number of side views. The camera 1008 is located below the central part of the part 1040 to receive an image 1044 described in conjunction with FIGS. 18A and 18B. In one embodiment of the invention, the camera 1008 comprises an image sensor. The image sensor may be a charged coupled device array or a complementary metal oxide semiconductor device array. The camera 1008 is connected to a frame grabber board 1010 to receive the image 1044. The frame grabber board 1010 provides an image data output to a processor 1012 to perform a three dimensional inspection of the part 1040 as described in conjunction with FIGS. 18A and 18B. The principles and relationships shown in FIG. 6A and FIG. 6B apply. The processor 1012 may store an image in memory 1014.

Now refer to FIGS. 18A and 18B which shows a ball grid array 1040 having balls 1042. FIG. 18B shows a composite image 1044 of the ball grid array 1040. The bottom view 1046 shows ball 1050 with a first perspective view 1051 and a side view 1048 shows ball 1050 with crescent shape 1052 with a second perspective view. The system processor processes the composite image 1044 according to the system of equations described herein with the bottom view 1046 and side view 1048 providing information for the solution of the system of equations. The principles and relationships shown in FIG. 6A and FIG. 6B apply.

The invention has been described herein in considerable detail in order to comply with the Patent Statutes and to provide those skilled in the art with the information needed to apply the novel principles and to construct and use such specialized components as are required. However, it is to be understood that the invention can be carried out by specifically different equipment and devices, and that various modifications, both as to the equipment details and operating procedures, can be accomplished without departing from the scope of the invention itself.

What is claimed is:

1. A ball grid array (BGA) device produced according to a process comprising:

making a three dimensional inspection of a lead on the BGA device; and

selecting the BGA device as a produced BGA device based upon the results of the three dimensional inspection;

wherein the three dimensional inspection comprises:

illuminating the lead;

providing fixed optical elements to obtain both a bottom view of the lead and a side perspective view of the lead;

receiving at least the bottom view and the side perspective view of the lead using a single camera;

transmitting the bottom view and the side perspective view of the lead to memory as pixel values;

determining a first lead reference pixel position in the bottom view;

determining a second lead reference pixel position in the side view; and

converting the first and second lead reference pixel positions into a world value by using pixel values and parameters determined during a calibration.

2. The BGA do ice of claim 1, wherein illuminating the lead is achieved using a single light source.

3. The BGA device of claim 1, wherein illuminating the lead is achieved using more than one light source.

4. The BGA do ice of claim 3, wherein the more than one light sources used are spectrally diverse from one another.

5. The BGA do ice of claim 1, wherein the lead on the BGA device being inspected comprises a contact.

6. The BGA device of claim 1, wherein the lead on the BGA device being inspected comprises a pin.

7. The BGA device of claim 1, wherein the lead on the BGA device being inspected is selected from the group consisting of; bump contact, ball contact, pad, and pedestal.

8. The BGA device of claim 1, wherein the bottom view of the lead and a side perspective view of the lead are obtained in a single image.

9. The BGA device of claim 1, wherein the bottom view of the lead and a side perspective view of the lead are obtained in more than one image.

10. The BGA device of claim 1, wherein the illuminating is with a diffuse light.

11. A ball grid array (BGA) device produced according to a process comprising:

making a three dimensional inspection of a lead on the BGA device; and

selecting the BGA device as a produced BGA device bas d upon the results of the three dimensional inspection;

wherein the three dimensional inspection comprises:

illuminating the lead;

providing fixed optical elements to obtain both a bottom view of the lead and a side perspective view of the lead;

receiving at least the bottom view and the side perspective view of the lead using a single camera;

transmitting the bottom view and the side perspective view of the lead to memory as pixel values;

determining a first lead reference pixel position in the bottom view;

determining a second lead reference pixel position in the side view; and

US 7,079,678 B2

21

converting the first lead reference pixel position into a first world value and the second lead reference pixel position into a second world value by using pixel values and parameters determined during a calibration.

12. The BGA d vice of claim 11, wherein illuminating the lead is achieved using a single light source.

13. The BGA device of claim 11, wherein illuminating the lead is achieved using more than one light source.

14. The BGA d vice of claim 13, wherein the more than one light sources used are spectrally diverse from one another.

15. The BGA device of claim 11, wherein the lead on the BGA device being inspected comprises a contact.

16. The BGA device of claim 11, wherein the lead on the BGA device being inspected comprises a pin.

17. The BGA device of claim 11, wherein the lead on the BGA device being inspected is selected from the group consisting of: bump contact, ball contact, pad, and pedestal.

18. The BGA device of claim 11, wherein the bottom view of the lead and a side perspective view of the lead are obtained in a single image.

19. The BGA device of claim 11, wherein the bottom view of the lead and a side perspective view of the lead are obtained in more than one image.

20. The BGA device of claim 11, wherein the illuminating is with a diffuse light.

21. A ball grid array (BGA) device produced according to a process comprising:

making a three dimension inspection of a lead on the BGA device with the BGA device being positioned in an optical system; and

selecting the BGA device as a produced BGA device based upon the results of the e dimensional inspection;

wherein the three dimensional inspection comprises:

illuminating at least one ball on the BGA device using a fixed illumination system;

disposing a single sensor, a first optical element and a second optical element in relation to the BGA device so that the sensor obtains at least two differing views of the at least one ball, the sensor providing output representing the at least two differing views; and

processing the output using a triangulation method to calculate a three dimensional position of the at least one ball with reference to a pre-calculated calibration plane.

22. The EGA device of claim 21, wherein the pro-calculated calibration plane comprises a coordinate system having X, Y and Z axes and wherein an X measurement value is proportional to a Z measurement value.

23. The BGA device of claim 21, wherein the pre-calculated calibration plane comprises a coordinate system having X, Y and Z axes and wherein an XY measurement value is proportional to a Z measurement value.

24. The BGA device of claim 21, wherein the pre-calculated calibration plane comprises a coordinate system having X, Y and Z axes and wherein a Y measurement value is proportional to a Z measurement value.

25. The BGA device of claim 21, wherein the triangulation method is based on determining a center of the at leas one ball in a first view and determining a ball top location in a second view.

26. The BGA device of claim 21, wherein the pre-calculated calibration plane is defined by measuring a calibration pattern.

27. The BGA device of claim 21, wherein one of the at least two differing views is obtained at a low angle of view.

22

28. The BGA device of claim 21, wherein the sensor and the second optical element are positioned to receive light from different angles relative to the calibration plane.

29. The BGA device of claim 21, wherein the processing includes applying grayscale edge detection to locate ball positions.

30. The BGA device of claim 21, wherein the processing includes applying threshold analysis.

31. The BGA device of claim 21, wherein the BGA device comprises a bump on wafer device.

32. The BGA device of claim 21, wherein processing the output is carried out using a general purpose computer.

33. The BGA device of claim 21, wherein one of the views comprises a segment having a crescent shape.

34. The BGA device of claim 21, wherein the two different views of the at least one ball are obtained in a single image.

35. The BGA device of claim 21, wherein the two different views of the at least one ball are each obtained in a separate image.

36. A ball grid array (BGA) device produced according to a process comprising:

making a three dimensional inspection of BGA device wherein the BGA device comprises a plurality of balls, with the BGA device being positioned in an optical system; and

selecting the device, as a produced BGA device based upon the results of the three dimensional inspection;

wherein the three dimensional inspection comprises:

illuminating the BGA device using a fixed illumination system;

disposing a single sensor to receive light at a first angle relative to the BGA device;

positioning a first optical element to transmit light to the sensor, where the sensor obtains a first view of the BGA device;

disposing a second optical element to receive light at a second angle different from the first angle and to provide a second view of the BGA device to the sensor;

transmitting image information from the sensor; and

processing the image information by applying triangulation calculations to measurements of the image information so as to calculate a three dimensional position of at least one ball with reference to a pre-calculated calibration plane.

37. The BGA device of claim 36, wherein the illuminating comprises illuminating with a ring light.

38. The BGA device of claim 36, wherein the illuminating comprises illuminating with a plurality of light emitting diodes.

39. The BGA device of claim 38, wherein at least two of the plurality of light emitting diodes are spectrally diverse from one another.

40. The BGA device of claim 36, wherein the illuminating comprises illuminating with reflected light.

41. The BGA device of claim 36, wherein the pre-calculated calibration plane comprises a coordinate system having X, Y and Z axes and wherein an X measurement value is proportional to a Z measurement value.

42. The BGA device of claim 36, wherein the pre-calculated calibration plane comprises a coordinate system having X, Y and Z axes and wherein an XY measurement value is proportional to a Z measurement value.

43. The BGA device of claim 36, wherein the pre-calculated calibration plane comprises a coordinate system having X, Y and Z axes and wherein a Y measurement value is proportional to a Z measurement value.

US 7,079,678 B2

23

44. The BGA device of claim 36, wherein the pre-calculated calibration plane is defined by measuring a calibration pattern.

45. The BGA device of claim 36, wherein the processing includes applying grayscale edge detection to locate ball positions.

46. The BGA device of claim 36, wherein the processing includes applying threshold analysis.

47. The BGA device of claim 36, wherein one of the views comprises a segment having a crescent shape.

48. The BGA device of claim 36, wherein the first and second views of the at least one ball are obtained in a single image.

49. The BGA device of claim 36, wherein the first and second views of the at least one ball are each obtained in a separate image.

50. A ball grid array (BGA) device produced according to a process comprising:

making a three dimension inspection of a BGA device, wherein the BGA device comprises a plurality of balls, with the BGA device being positioned in an optical system; and

selecting the BGA device as a produced BGA device based upon the results of the three dimensional inspection; and

wherein the three dimensional inspection comprises:

illuminating the BGA device using a fixed illumination system;

taking a first image of the BGA device with a single camera disposed in a fixed focus position relative to the BGA device to obtain a circular doughnut shape image from at least one ball;

taking a second image of the BGA device with an optical element disposed in a fixed focus position relative to the BGA device to transmit a side view image of the at least one ball to the camera; and

processing the first image and the second image using a triangulation method to calculate a three dimensional position of the at least one ball with reference to a pre-calculated calibration plane.

51. The BGA device of claim 50, wherein the second image comprises a segment having a crescent shape.

52. The BGA device of claim 50, wherein the calibration plane comprises a coordinate system having X, Y and Z axes and wherein an X measurement value is proportional to a Z measurement value.

53. The BGA device of claim 50, wherein the triangulation method to calculate a three dimensional position of the at least one ball is based on determining a center of the at least one ball in the first image and determining a ball top location in the second image.

54. The BGA device of claim 50, wherein the pre-calculated calibration plane is defined trough measuring a calibration pattern.

55. The BGA device of claim 50, wherein the second image is obtained at a low angle of view.

56. The BGA device of claim 50, wherein the camera and the optical element are fixed at different angles relative to the calibration plane.

57. The BGA device of claim 50, wherein processing the first image and the second image comprises employing grayscale edge detection to locate ball positions.

58. The BGA device of claim 50, wherein illuminating the BGA device employs diffuse illumination.

59. The BGA device of claim 50, wherein the triangulation method uses state values derived from the BGA device.

24

60. The BGA device of claim 50, wherein the processing includes applying threshold analysis.

61. The BGA device of claim 50, wherein the at least one ball on the BGA device being inspected comprises a contact.

62. The BGA device of claim 50, wherein the at least one ball on the BGA device being inspected comprises a pin.

63. The BGA device of claim 50, wherein the at least one ball on the BGA device being inspected is selected from the group consisting of: bump contact ball contact, pad, and pedestal.

64. The BGA device of claim 50, wherein the circular doughnut shape image and the side view image comprise single image.

65. The BGA device of claim 50, wherein the circular doughnut shape image and the side view image each comprise a separate image.

66. A ball grid array (BGA) device produced according to a process comprising:

making a three dimensional inspection of a lead on a BGA device; and

selecting the BGA device as a produced BGA device based upon the results of the three dimensional inspection;

wherein the three dimensional inspection comprises:

illuminating the lead;

providing fixed optical elements to obtain two differing views of the lead;

disposing at least one sensor to obtain the two differing views of the lead;

transmitting the two differing views of the lead to memory;

determining a first lead reference position in a first view;

determining a second lead reference position in a second view; and

converting the first and second lead reference positions into a world value by using parameters determined during a calibration.

67. The BGA device of claim 66, wherein the lead on the BGA device being inspected comprises a contact.

68. The BGA device of claim 66, wherein the lead on the BGA device being inspected is selected from the group consisting of: bump contact, ball contact, pin contact, pad, and pedestal.

69. The BGA device of claim 66, wherein illuminating the lead is achieved using a single light source.

70. The BGA device of claim 66, wherein illuminating the lead is achieved using more than one light source.

71. The BGA device of claim 70, wherein the more than one light sources used are spectrally diverse from one another.

72. The BGA device of claim 66, wherein the illuminating is with a diffuse light.

73. The BGA device of claim 66, wherein the illuminating is with a ring light.

74. The BGA device of claim 66, wherein the illuminating comprises illuminating with a plurality of light emitting diodes.

75. The BGA device of claim 66, wherein a first view of the lead and a second view of the lead are obtained i a single image.

76. The BGA device of claim 66, wherein a first view of the lead and a second view of the lead are obtained in two images.

77. The BGA device of claim 66, wherein a first view of the lead and a second view of the lead are obtained in more than two images.

US 7,079,678 B2

25

**78.** The BGA device of claim **66**, wherein the at least two differing views of the lead are obtained using a single sensor.

**79.** The BGA device of claim **66**, wherein the at least two differing views of the lead are obtained using two sensors.

**80.** The BGA device of claim **66**, wherein the at least two differing views of the lead are obtained using more an two sensors.

**81.** The BGA device of claim **66**, wherein the at least one sensor is selected from the group consisting of: digital camera, image sensor, charged coupled device array, and complementary metal-oxide semiconductor.

**82.** The BGA device of claim **66**, wherein one of the views comprises a segment having a donut shape.

**83.** The BGA device of claim **66**, wherein one of the views comprises a segment having a crescent shape.

**84.** The BGA device of claim **66**, wherein one of the views is obtained at a low angle of view.

**85.** The BGA device of claim **66**, wherein one of the views is obtained at a 0 degree angle of view.

**86.** The BGA device of claim **66**, wherein one of the views is obtained at a 90 degree angle of view.

**87.** The BGA device of claim **66**, wherein a displacement in a first view is proportional to a displacement in a second view.

**88.** The BGA device of claim **66**, wherein the first lead reference position is determined from a center of the lead in a first view.

**89.** The BGA device of claim **66**, wherein the second lead reference position is determined from a top location of the lead in a second view.

**90.** The BGA device of claim **66**, wherein the first lead reference position is determined from a pixel position.

**91.** The BGA device of claim **66**, wherein the first lead reference position is determined from a world position.

**92.** The BGA device of claim **66**, wherein the second lead reference position is determined from a pixel position.

**93.** The BGA device of claim **66**, wherein the second lead reference position is determined from a world position.

**94.** The BGA device of claim **66**, wherein the first lead reference position is determined from grayscale edge detection.

**95.** The BGA device of claim **66**, wherein the first lead reference position is determined from threshold analysis.

**96.** The BGA device of claim **66**, wherein the first lead reference position is determined from convolution.

**97.** The BGA device of claim **66**, wherein the second lead reference position is determined from grayscale edge detection.

**98.** The BGA device of claim **66**, wherein the second lead reference position is determined from threshold analysis.

**99.** The BGA device of claim **66**, wherein the second reference position is determined from convolution.

**100.** The BGA device of claim **66**, wherein converting the first and second lead reference positions into a world value is carried out using a triangulation calculation.

**101.** The BGA device of claim **66**, wherein converting the first and second lead reference positions into a world value is carried out using an interpolation calculation.

**102.** The BGA device of claim **66**, wherein converting the first and second lead reference positions into a world value is carried out using a general purpose computer.

**103.** The BGA device of claim **66**, wherein the world value comprises an X, Y, and Z position.

**104.** The BGA device of claim **66**, wherein the world value comprises a Z distance from a calibration plane.

**105.** The BGA device of claim **66**, wherein the world value comprises a Z distance from a regression plane.

26

**106.** The BGA device of claim **66**, wherein the world value comprises a Z distance from a seating plane.

**107.** The BGA device of claim **66**, wherein the parameters are determined by measuring a calibration pattern of known dimension and spacing.

**108.** The BGA device of claim **66**, wherein the parameters are determined by measuring leads-lead on a BGA device.

**109.** The BGA device of claim **66**, wherein the parameters define a calibration plane.

**110.** The BGA device of claim **109**, wherein the calibration plane comprises a coordinate system having X, Y and Z axes.

**111.** The BGA device of claim **109**, wherein the calibration plane is determined by measuring a calibration pattern.

**112.** The BGA device of claim **109**, wherein the calibration plane is determined by storing the locations of calibration dots in memory.

**113.** The BGA device of claim **109**, wherein the calibration plane is referenced to relate positions of differing views.

**114.** The BGA device of claim **109**, wherein the calibration plane is referenced to perform an interpolation function.

**115.** The BGA device of claim **109**, wherein the calibration plane is referenced to convert pixel values into world values.

**116.** A ball grid array (BGA) device produced according to a process comprising:

making a three dimensional inspection of a lead on a BGA device; and

selecting the BGA device as a produced BGA device base upon the results of the three dimensional inspection;

wherein the three dimensional inspection comprises:

illuminating the lead with a ring light and a side light;

providing fixed optical elements to obtain two differing views of the lead;

disposing at least one sensor to obtain the two differing views of the lead;

transmitting the two differing views of the lead to memory;

determining a first lead reference position in a first view;

determining a second lead reference position in a second view; and

converting the first and second lead reference positions into a world value by using parameters determined during a calibration.

**117.** A ball grid array (BGA) device produced according to a process comprising:

making a three dimensional inspection of a lead on a BGA device; and

selecting the BGA device as a produced BGA device based upon the result of the three dimensional inspection;

wherein the three dimensional inspection comprises:

illuminating the lead with a ring light and a side light;

providing fixed optical element to obtain two differing views of the lead;

disposing at least one sensor to obtain the two differing views of the lead;

transmitting the two differing views of the lead to memory;

determining a first lead reference position in a first view;

determining a second lead reference position in a second view; and

converting the first and second lead reference positions into a world value by using the locations of a calibration pattern stored in memory.

US 7,079,678 B2

27

**118.** A ball grid array (BGA) device produced according to a process comprising:

making a three dimensional inspection of a lead on a BGA device; and

selecting the BGA device as a produced BGA device base upon the results of the three dimensional inspection;

wherein the three dimensional inspection comprises:

illuminating the lead;

providing fixed optical elements to obtain a first view of the lead that comprises a segment having a donut shape and a second view of the lead that comprises a segment having a crescent shape;

disposing at least one sensor to obtain the first and second views of the lead; transmitting the two differing views of the cad to memory;

determining a first lead reference position in a first view;

determining a second lead reference position in a second view; and

converting the first and second lead reference positions into a world value by using the locations of a calibration pattern stored in memory.

**119.** A ball grid array (BGA) device produced according to a process comprising:

making a three dimensional inspection of a lead on the BGA device; and

selecting BGA device as a produced BGA device based upon the results of the three dimensional inspection;

wherein the three dimensional inspection comprises:

illuminating the lead;

providing fixed optical elements to obtain a first view of the lead that comprises a segment having a donut shape and a second view of the lead that comprises a segment having a crescent shape;

disposing at least one sensor to obtain the first and second views of the lead;

transmitting the two differing views of the lead to memory;

determining a first lead reference position in a first view;

determining a second lead reference position in a second view; and

converting the first and second lead reference positions into an X, Y, and Z world value by using the locations of a calibration pattern stored in memory.

**120.** A ball grid array (BGA) device produced according to a process comprising:

making a three dimensional inspection of a lead on a BGA device; and

selecting the BGA device as a produced BGA device bas upon the result of the three dimensional inspection;

wherein the three dimensional inspection comprises:

illuminating the lead with a ring light and a side light;

providing fixed optical elements to obtain two differing views of the lead; disposing a single sensor to obtain the two differing views of the lead;

transmitting the two differing views of the lead to memory;

determining a first lead reference position in a first view;

determining a second lead reference position in a second view; and

converting the first and second lead reference positions into a world value by using parameters determined during a calibration.

**121.** A ball grid array (BGA) device produced according to a process comprising:

making a three dimensional inspection of a lead on a BGA device; and

28

selecting the BGA device as a produced BGA device based upon the results of the three dimensional inspection;

wherein the three dimensional inspection comprises:

illuminating the lead with a ring light and a side light that are spectrally diverse from one another;

providing fixed optical elements to obtain two differing views of the lead;

disposing a single sensor to obtain the two differing views of the lead;

transmitting the two differing views of the lead to memory;

determining a first lead reference position in a first view;

determining a second lead reference position in a second view; and

converting the first and second lead reference positions into a world value by using parameters determined during a calibration.

**122.** A ball grid array (BGA) device produced according to a process comprising:

making a three dimensional inspection of a lead on a BGA device; and

selecting the BGA device as a produced BGA device based upon the result of the three dimensional inspection;

wherein the three dimensional inspection comprises:

illuminating the lead with a ring light and a side light;

providing fixed optical elements to obtain two differing views of the lead; disposing a single sensor to obtain the two differing views of the lead;

transmitting the two differing views of the lead to memory;

determining a first lead reference position in a first view;

determining a second lead reference positions in a second view; and

converting the first and second lead reference positions into a world value by using the locations of a calibration pattern stored in memory.

**123.** A ball grid array (BGA) device produced according to a process comprising:

making a three dimensional inspection of a lead on a BGA device; and

selecting the BGA device as a produced BGA device based upon the results of the three dimensional inspection;

wherein the three dimensional inspection comprises:

illuminating the lead with a ring light and a side light;

providing fixed optical elements to obtain two differing views of the lead;

disposing a single sensor to obtain the two differing views of the lead;

transmitting die two differing views of the lead to memory;

determining a first lead reference position in a first view;

determining a second lead reference position in a second view; and

converting the first and second lead reference positions into an X, Y, and Z world value by using the locations of a calibration pattern stored in memory.

**124.** A ball grid array (BGA) device produced according to a process comprising:

making a three dimensional inspection of a lead on BGA device; and

selecting the BGA device as a produced BGA device based upon the results of the three dimensional inspection;

US 7,079,678 B2

29

30

wherein the three dimensional inspection comprises:

illuminating the lead with ring light and a side light that are spectrally diverse from one another;

providing fixed optical elements to obtain two differing views of the lead; disposing a single sensor to obtain the two differing views of the lead;

transmitting the two differing views of the lead to memory;

determining a first lead reference position in a first view;

determining a second lead reference position in a second view; and

converting the first and second lead reference positions into a world value by using the locations of a calibration pattern stored in memory.

125. A ball grid array (BGA) device produced according to a process comprising:

making a three dimensional inspection of a lead on a BGA device; and

selecting the BGA device as a produced BGA device based upon the results of the three dimensional inspection;

wherein the three dimensional inspection comprises:

illuminating the lead;

providing fixed optical elements to obtain a first view of the lead that comprises a segment having a donut shape and a second view of the lead that comprises a segment having a crescent shape;

disposing a single sensor to obtain the first and second views of the lead;

transmitting the two differing views of the lead to memory;

determining a first lead reference position in a first view;

determining a second lead reference position in a second view; and

converting the first and second lead reference positions into a world value by using the locations of a calibration pattern stored in memory.

126. A ball grid array (BGA) device having a plurality of leads produced according to a process comprising:

calibrating a system with a planar precision pattern;

illuminating the plurality of leads;

providing fixed optical elements;

obtaining a single bottom view of the plurality of leads;

obtaining a single side view of the plurality of leads;

determining a first lead reference position in a bottom view;

determining a second lead reference position in a side view;

converting the first and second lead reference positions into a Z value;

comparing a Z value to a tolerance value;

determining a pass result; and

selecting the BGA device as a manufactured product.

* * * * *

# EXHIBIT B



US007085411B2

(12) **United States Patent**
Beaty et al.

(10) Patent No.: **US 7,085,411 B2**
(45) Date of Patent: **\*Aug. 1, 2006**

(54) **METHOD OF MANUFACTURING ELECTRONIC COMPONENTS INCLUDING A METHOD FOR THREE DIMENSIONAL INSPECTION**

(75) Inventors: **Elwin M. Beaty**, Tempe, AZ (US); **David P. Mork**, Tempe, AZ (US)

(73) Assignee: **Scanner Technologies Corporation**, Minneapolis, MN (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/069,918**

(22) Filed: **Feb. 28, 2005**

(65) **Prior Publication Data**

US 2005/0190961 A1      Sep. 1, 2005

**Related U.S. Application Data**

(63) Continuation of application No. 09/844,232, filed on Apr. 27, 2001, now Pat. No. 6,915,006, which is a continuation-in-part of application No. 09/351,892, filed on Jul. 13, 1999, now Pat. No. 6,862,365, which is a continuation-in-part of application No. 09/008,243, filed on Jan. 16, 1998, now Pat. No. 6,072,898.

(51) **Int. Cl.**
*G06K 9/00*      (2006.01)

(52) **U.S. Cl.** ...................... **382/154**; 382/151; 348/135; 356/237.1; 702/153

(58) **Field of Classification Search** ................ 382/154, 382/146–151, 141, 144, 145, 300; 250/359.23, 250/359.31, 359.34, 359.4; 348/86–87, 94–95, 348/125–126, 135; 720/150–153, 166–169; 356/237.1, 376, 377; 702/153
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

1,894,025 A      1/1933   Dennison et al.

(Continued)

FOREIGN PATENT DOCUMENTS

JP      9304030      11/1997

(Continued)

OTHER PUBLICATIONS

ICOS Vision Systems. "CI-8250, The Complete High-Speed Inspection System", 6 pages, Mar. 1997.

(Continued)

*Primary Examiner*—Sheela Chawan
(74) *Attorney, Agent, or Firm*—Roberts, Mardula & Wertheim, LLC

(57) **ABSTRACT**

A calibration and part inspection method for the inspection of ball grid array, BGA, devices. One or more cameras image a precision pattern mask with dot patterns deposited on a transparent reticle. The precision pattern mask is used for calibration of the system. A light source and overhead light reflective diffuser provide illumination. A camera images the reticle precision pattern mask from directly below. An additional mirror or prism located below the bottom plane of the reticle reflects the reticle pattern mask from a side view, through prisms or reflective surfaces, into the camera. By imaging more than one dot pattern the missing state values of the system can be resolved using a trigonometric solution. The reticle with the pattern mask is removed after calibration and the BGA to be inspected is placed with the balls facing downward, in such a manner as to be imaged by a single camera, or optionally, via additional cameras. The scene of the part can thus be triangulated and the dimensions of the BGA are determined.

**126 Claims, 30 Drawing Sheets**



# US 7,085,411 B2

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,895,446 | A | 7/1975 | Orlov et al. |
| 4,084,875 | A | 4/1978 | Yamamoto |
| 4,213,146 | A | 7/1980 | Maiman |
| 4,463,310 | A | 7/1984 | Whitley |
| 4,521,807 | A | 6/1985 | Werson |
| 4,603,487 | A | 8/1986 | Matsunata |
| 4,638,471 | A | 1/1987 | van Rosmalen |
| 4,677,473 | A | 6/1987 | Okamoto et al. |
| 4,714,830 | A | 12/1987 | Usui |
| 4,731,855 | A | 3/1988 | Suda et al. |
| 4,774,768 | A | 10/1988 | Chiponis |
| 4,776,102 | A | 10/1988 | Carroll |
| 4,776,103 | A | 10/1988 | Cote |
| 4,821,157 | A | 4/1989 | Birk et al. |
| 4,825,394 | A | 4/1989 | Beamish et al. |
| 4,849,743 | A | 7/1989 | Ohno |
| 4,886,958 | A | 12/1989 | Merryman et al. |
| 4,893,183 | A | 1/1990 | Nayar |
| 4,943,722 | A | 7/1990 | Breton et al. |
| 4,973,948 | A | 11/1990 | Roberts |
| 5,032,924 | A | 7/1991 | Brown et al. |
| 5,039,868 | A | 8/1991 | Kobayashi |
| 5,048,904 | A | 9/1991 | Montagu |
| 5,058,178 | A | 10/1991 | Ray |
| 5,095,447 | A | 3/1992 | Manns et al. |
| 5,113,581 | A | 5/1992 | Hidese |
| 5,114,229 | A | 5/1992 | Hideshima |
| 5,133,601 | A | 7/1992 | Cohen et al. |
| 5,140,643 | A | 8/1992 | Izumi et al. |
| 5,163,232 | A | 11/1992 | Gonzales, Jr. et al. |
| 5,173,796 | A | 12/1992 | Palm et al. |
| 5,204,734 | A | 4/1993 | Cohen et al. |
| 5,208,463 | A | 5/1993 | Honma et al. |
| 5,245,671 | A | 9/1993 | Kobayashi et al. |
| 5,276,546 | A | 1/1994 | Palm et al. |
| 5,307,149 | A | 4/1994 | Palm et al. |
| 5,345,391 | A | 9/1994 | Hull et al. |
| 5,355,221 | A | 10/1994 | Cohen et al. |
| 5,420,689 | A | 5/1995 | Siu |
| 5,420,691 | A | 5/1995 | Kawaguchi |
| 5,430,548 | A | 7/1995 | Hiroi et al. |
| 5,452,080 | A | 9/1995 | Tomiya |
| 5,455,870 | A | 10/1995 | Sepai et al. |
| 5,465,152 | A | 11/1995 | Bilodeau et al. |
| 5,546,189 | A | 8/1996 | Svetkoff et al. |
| 5,550,763 | A | 8/1996 | Michael et al. |
| 5,563,702 | A | 10/1996 | Emery et al. |
| 5,563,703 | A | 10/1996 | Lebeau et al. |
| 5,574,668 | A | 11/1996 | Beary |
| 5,574,801 | A | 11/1996 | Collet-Beillon |
| 5,581,632 | A | 12/1996 | Koljonen |
| 5,592,562 | A | 1/1997 | Rooks |
| 5,600,150 | A | 2/1997 | Stern et al. |
| 5,617,209 | A | 4/1997 | Svetkoff et al. |
| 5,621,530 | A | 4/1997 | Marrable, Jr. |
| 5,648,853 | A | 7/1997 | Stern et al. |
| 5,652,658 | A | 7/1997 | Jackson et al. |
| 5,654,800 | A | 8/1997 | Svetkoff et al. |
| 5,692,070 | A | 11/1997 | Kobayashi |
| 5,694,482 | A | 12/1997 | Maali et al. |
| 5,734,475 | A | 3/1998 | Pai |
| 5,761,337 | A | 6/1998 | Nishimura et al. |
| 5,801,966 | A | 9/1998 | Ohashi |
| 5,812,268 | A | 9/1998 | Jackson et al. |
| 5,812,269 | A | 9/1998 | Svetkoff et al. |

| | | | |
|---|---|---|---|
| 5,815,275 | A | 9/1998 | Svetkoff et al. |
| 5,818,061 | A | 10/1998 | Stern et al. |
| 5,828,449 | A | 10/1998 | King et al. |
| 5,859,698 | A | 1/1999 | Chau et al. |
| 5,859,924 | A | 1/1999 | Liu et al. |
| 5,870,489 | A | 2/1999 | Yamazaki et al. |
| 5,943,125 | A | 8/1999 | King et al. |
| 6,005,965 | A | 12/1999 | Tsuda et al. |
| 6,055,054 | A | 4/2000 | Beaty et al. |
| 6,055,055 | A | 4/2000 | Toh |
| 6,064,759 | A | 5/2000 | Buckley et al. |
| 6,072,898 | A | 6/2000 | Beaty et al. |
| 6,096,567 | A | 8/2000 | Kaplan et al. |
| 6,141,040 | A | 10/2000 | Toh |
| 6,236,747 | B1 | 5/2001 | King et al. |
| 6,307,210 | B1 | 10/2001 | Suzuki et al. |
| 6,862,365 | B1 * | 3/2005 | Beaty et al. ................ 382/145 |
| 6,915,006 | B1 * | 7/2005 | Beaty et al. ................ 382/145 |
| 2002/0037098 | A1 | 3/2002 | Beaty et al. |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 10104033 | 4/1998 |
| JP | 10221066 | 8/1998 |
| JP | 10227623 | 8/1998 |
| JP | 10232114 | 9/1998 |
| JP | 10267621 | 10/1998 |
| WO | WO-91/12489 | 8/1991 |
| WO | WO-92/07250 | 4/1992 |
| WO | WO-97/44634 | 11/1997 |

## OTHER PUBLICATIONS

ICOS Vision Systems. "3-D BGA Datasheet (Projector)". Available at least as early as 1997.

Ballard, Dana H.; Brown, Christopher M. Computer Vision (1982), Chapter 3, pp. 88-89. Prentice-Hall, Inc., Englewood Cliffs, NJ.

Schurr, George. "Basics of Stereoscopic Machine Vision for 3D Gauging." International Robots & Vision Automation Conference, Apr. 4-8, 1993, pp. 16/37-46.

Ye, Shenghua: Zou, Dinghai;Wang, Chunhe. "Vison-Based System Calibration for Dimensional Inspection." Proceedings of the 1992 Intl. Conference on Industrial Electronics, Control, Instrumentation and Automation, 1992.

Lau, John. Ball Grid Array Technology (1995), pp. 558, 561, 565, 591. McGraw-Hill, New York, NY.

Smets et al. "System for 2D and 3D Inspeciton of BGA's Using Vision." BGA Packaging and Assembly Conference, pp. 1-8, Jan. 16-17, 1995.

Gonzalez, Wintz. "Stereo Imaging." Digital Image Processing, pp. 52-54, circa 1987.

Gonzalez, Woods. "Stereo Imaging." Digital Image Processing, pp. 68-72, circa 1992.

Handlick (sp?), Shapiro. "Stereo." Computer Robot, pp. 156-159, circa 1993.

ICOS Vision Systems, NV. "BGA 2D Inspection System." Product Brochure, undated.

Caracappa. "On Improving BGA Reliability." SMT, pp. 44-46, Jun. 1997.

Komatsu. "CSP Inspection Machine." Undated brochure available at Japan Semicon Conference in Dec. 1997.

* cited by examiner



_Fig_ 1A



CALIBRATION
RETICLE

*Fig_* 1B1



BOTTOM VIEW
IMAGE

*Fig_* 1B2

2 SIDE VIEWS
IMAGE

*Fig_* 1B3



START

PROVIDING A TRANSPARENT RETICLE HAVING A BOTTOM SURFACE WITH A PATTERN OF PRECISION DOTS. — 101

PROVIDING A CAMERA DISPOSED BENEATH THE TRANSPARENT RETICLE TO RECEIVE AN IMAGE OF THE DOT PATTERN WHEREIN THE CAMERA PROVIDES THE IMAGE DATA. — 102

PROVIDING A FRAME GRABBER BOARD TO RECEIVE THE IMAGE DATA. — 103

PROCESSING THE IMAGE DATA WITH A PROCESSOR TO CALCULATE THE STATE VALUES OF THE BOTTOM VIEW. — 104

*Fig_ 2A*



_Fig._ 2B



START

PROVIDING A TRANSPARENT RETICLE HAVING A BOTTOM
SURFACE WITH A PATTERN OF PRECISION DOTS. 121

PROVIDING FIXED OPTICAL ELEMENTS FOR OBTAINING
SIDE PERSPECTIVE VIEWS. 122

PROVIDING A CAMERA DISPOSED TO RECEIVE AN IMAGE
OF SIDE PERSPECTIVE VIEWS REFLECTED FROM
OPTICAL ELEMENTS. 123

PROVIDING A FRAME GRABBER BOARD TO RECEIVE THE
IMAGE DATA. 124

PROCESSING THE IMAGE DATA WITH A PROCESSOR TO
CALCULATE THE STATE VALUES OF THE SIDE
PERSPECTIVE VIEWS. 125

_Fig_ 2C



$Fig_{-}$ 2D



$Fig.$ 2E





_Fig_ 3A



BGA

*Fig.* 3B1



BOTTOM VIEW
IMAGE

*Fig.* 3B2

2 SIDE VIEWS
IMAGE

*Fig.* 3B3



START

PROVIDING A PART HAVING BALLS FACING DOWN FOR INSPECTION. ~141

PROVIDING A CAMERA DISPOSED BENEATH THE CENTRAL AREA OF THE PART TO BE INSPECTED. ~142

PROVIDING A FRAME GRABBER BOARD TO RECEIVE THE BOTTOM VIEW IMAGE DATA. ~143

PROVIDING FIXED OPTICS FOR PROVIDING TWO SIDE PERSPECTIVE VIEWS OF THE PART. ~144

PROVIDING A CAMERA TO RECEIVE THE TWO SIDE PERSPECTIVE VIEWS OF THE PART. ~145

PROVIDING A FRAME GRABBER BOARD TO RECEIVE THE SIDE PERSPECTIVE IMAGE. ~146

PROCESSING THE IMAGE DATA TO PROVIDE A THREE DIMENSIONAL ANALYSIS OF THE PART. ~147

*Fig-4*



Ⓐ

LOOP WAITS
FOR
INSPECT SIGNAL          ⌇151

ACQUIRE IMAGES          ⌇152

SEND
SIGNAL TO
MOVE PART               ⌇153

FIND PART
PLACEMENT
IN BOTTOM VIEW          ⌇154

LOCATE
BALLS IN
BOTTOM VIEW             ⌇155

LOCATE
BALLS IN
SIDE VIEWS              ⌇156

LOCATE
REFERENCE POINTS
IN SIDE VIEWS           ⌇157

Fi_5A



_i_ _g_ _5B_



_Fig_ 6A



$Fig.$ 6B



(X1,Y1)

280

283

282

281

(X2,Y2)

$Fig$_7A



290

(X3,Y3)

293

292

291

(X4,Y4)

$Fig$_7B



2 SIDE VIEWS
CALIBRATION PATTERN

*Fig. 8A*



2 SIDE VIEWS
BALLS

*Fig. 8B*





Fig—10A



_Fig_–10B



*Fig.* 11A



CALIBRATION
RETICLE

*Fig* 11B1



BOTTOM VIEW IMAGE

*Fig* 11B2

SIDE VIEW IMAGE

*Fig* 11B3



*Fig.* 12A



BGA

$Fig$ 12B1



BOTTOM VIEW IMAGE

$Fig$ 12B2



SIDE VIEW IMAGE

$Fig$ 12B3



Fig. 13





*Fig. 15*



CALIBRATION
RETICLE

*Fig* 16A



IMAGE

*Fig* 16B



*Fig.* 17



BGA

_Fig_ 18A



IMAGE

_Fig_ 18B

US 7,085,411 B2

1

# METHOD OF MANUFACTURING ELECTRONIC COMPONENTS INCLUDING A METHOD FOR THREE DIMENSIONAL INSPECTION

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation of application Ser. No. 09/844,232, filed Apr. 27, 2001 now U.S. Pat. No. 6,915, 006, which is a continuation-in-part of application Ser. No. 09/351,892, filed Jul. 13, 1999 now U.S. Pat. No. 6,862,365, which is a continuation-in-part of application Ser. No. 09/008,243, filed Jan. 16, 1998, now issued as U.S. Pat. No. 6,072,898. The application Ser. No. 09/844,232, application Ser. No. 09/351,892, and U.S. Pat. No. 6,072,898 are incorporated by reference herein, in their entireties, for all purposes.

## NOTICE REGARDING COPYRIGHT

A portion of the disclosure of this patent document contains material that is subject to copyright protection. The copyright owner has no objection to the facsimile reproduction by anyone of the patent disclosure, as it appears in the Patent and Trademark Office patent files or records, but otherwise reserves all copyright rights whatsoever.

## FIELD OF THE INVENTION

This invention relates to a method and apparatus for three dimensional inspection and, more particularly, a method and apparatus for three dimensional inspection of solder balls on ball grid arrays and solder bumps on wafer and die, and to a calibration method.

## BACKGROUND OF THE INVENTION

Prior art three dimensional inspection systems have involved laser range finding technology, moire interferometry, structured light patterns or two cameras. The laser range finding method directs a focused laser beam onto the Ball Grid Array, BGA, and detects the reflected beam with a sensor. Elements of the BGA are determined in the X, Y and Z dimensions utilizing a triangulation method. This method requires a large number of measurement samples to determine the dimensions of the BGA resulting in longer inspection times. This method also suffers from specular reflections from the smooth surfaces of the solder balls resulting in erroneous data.

Moire interferometry utilizes the interference of light waves generated by a diffraction grating to produce a pattern of dark contours on the surface of the BGA. These contours are of known distance in the Z dimension from the diffraction grating. By counting the number of contours from one point on the BGA to another point on the BGA, the distance in the Z dimension between the two points can be determined. This method suffers from the problem of low contrast contour lines resulting in missed counting of the number of contours and resulting in erroneous data. This method also suffers from the contour lines merging at surfaces with steep slopes, such as the sides of the balls on the BGA, resulting in an incorrect count of the number of contours and resulting in erroneous data.

Structured light systems project precise bands of light onto the part to be inspected. The deviation of the light band from a straight line is proportional to the distance from a reference surface. The light bands are moved across the part, or alternately the part is moved with respect to the light bands, and successive images are acquired. The maximum deviation of the light band indicates the maximum height of a ball. This method suffers from specular reflections due to the highly focused nature of the light bands resulting in erroneous data. This method further suffers from increased inspection times due to the number of images required.

Two camera systems utilize one camera to view the BGA device in the normal direction to determine X and Y dimensions and the second camera to view the far edges of the balls from an angle. The two images are combined to determine the apparent height of each ball in the Z dimension utilizing a triangulation method. This method suffers from the need for a higher angle of view of the ball from the second camera resulting in looking at a point significantly below the top of the ball for BGA's having fine pitch. This method also suffers from limited depth of focus for the second camera limiting the size of BGA's that can be inspected. This system can only inspect BGA's and not other device types such as gullwing and J lead devices.

The prior art does not provide two separate and opposite side views permitting larger BGA's to be inspected or nonlinear optics to enhance the separation between adjacent ball images in the side perspective view.

It is therefore a motivation of the invention to improve the accuracy of the measurements, the speed of the measurements, the ability to measure all sizes and pitches of BGA's and to measure other devices including gullwing and J lead parts in a single system.

## SUMMARY OF THE INVENTION

The invention provides an apparatus for three dimensional inspection of an electronic part, wherein the apparatus is calibrated using a precision pattern mask with dot patterns deposited on a calibration transparent reticle, the apparatus for three dimensional inspection of an electronic part comprising a camera and an illuminator for imaging the electronic part, the camera being positioned to obtain a first view of the electronic part, a means for light reflection positioned to reflect a different view of the electronic part into the camera, wherein the camera provides an image of the electronic part having differing views of the electronic part, and a means for image processing the image of the electronic part that applies calculations on the differing views of the image to calculate a three dimensional position of at least one portion of the electronic part.

The invention further comprises a ring light. The means for light reflection could further comprise a mirror, a prism, or a curved mirror. The electronic part may be a ball grid array, balls on a wafer, or balls on a die.

The means for imaging provides the image to a frame grabber board. The frame grabber board provides an image data output to a processor to perform a three dimensional inspection of the part.

The apparatus may further comprise a nonlinear optical element to magnify the second image in one dimension. In the apparatus a maximum depth of focus of a side perspective view allows for a fixed focus system to inspect larger electronic parts, with one perspective view imaging one portion of the electronic part and a second perspective view imaging a second portion of the electronic part. Also, in the apparatus a maximum depth of focus of a side perspective view includes an area of the electronic part including a

US 7,085,411 B2

<table>
<tr><td>3</td><td>4</td></tr>
</table>

center row of balls. Furthermore, all of the balls on the electronic part may be in focus resulting in two perspective views for each ball.

The invention comprises a means for inspecting gullwing and J lead devices.

The invention further provides a method for three dimensional inspection of a lead on a part, the method comprising the steps of using a camera to receive an image of the lead, transmitting the image of the lead to a frame grabber, providing fixed optical elements to obtain a side perspective view of the lead, transmitting the side perspective view of the lead to the frame grabber, operating a processor to send a command to the frame grabber to acquire images of pixel values from the camera, and processing the pixel values with the processor to calculate a three dimensional position of the lead. State values may be determined from the part itself.

The lead may be a curved surface lead, a ball, a ball grid array, a formed wire, a stamped metal form or similar object that can be imaged from two separate directions.

The processor processes the pixel values to find a rotation, an X placement value and a Y placement value of the part relative to world X and Y coordinates by finding points on four sides of the part.

The invention further provides the steps of using a part definition file that contains measurement values for an ideal part, calculating an expected position for each lead of the part for a bottom view using the measurement values from the part definition file and the X placement value and Y placement value.

The invention further provides the step of using a search procedure on the image data to locate the lead.

The invention further provides the step of determining a lead center location and a lead diameter in pixels and storing the lead center location and lead diameter in memory.

The invention further provides the step of calculating an expected position of a center of each lead in both side perspective views in the image using a known position of each side view from calibration.

The invention further provides the step of using a subpixel edge detection method to locate a reference point on each lead.

The invention further provides the step of converting the pixel values into world locations by using pixel values and parameters determined during calibration wherein the world locations represent physical locations of the lead with respect to world coordinates defined during calibration.

The invention further provides for the calculation of a Z height of each lead in world coordinates in pixel values by combining a location of a center of a lead from a bottom view with a reference point of the same lead from a side perspective view.

The invention further provides the step of converting the world values to part values using the rotation, the X placement value and the Y placement value to define part coordinates for the ideal part where the part values represent physical dimensions of the lead including lead diameter, lead center location in X part and Y part coordinates and lead height in Z world coordinates.

The invention further provides the step of comparing ideal values defined in the part file to calculate deviation values that represent a deviation of the center of the lead from its ideal location. The deviation values may include lead diameter in several orientations with respect to the X placement value and Y placement value, lead center in the X direction, Y direction and radial direction, lead pitch in the X direction and Y direction and missing and deformed leads, further

comprising the step of calculating the Z dimension of the lead with respect to the seating plane based on the Z world data.

The invention further provides the step of comparing the deviation values to predetermined tolerance values with respect to an ideal part as defined in the part definition file to provide a lead inspection result.

Electronic components are produced according to manufacturing methods that provide for three dimensional inspection of the electronic components.

BRIEF DESCRIPTION OF THE DRAWINGS

To illustrate this invention, preferred embodiments will be described herein with reference to the accompanying drawings.

FIG. 1A shows the apparatus of the invention for system calibration.

FIGS. 1B1, 1B2, and 1B3 show an example calibration pattern and example images of the calibration pattern acquired by the system.

FIG. 2A shows a flow chart of a method of the invention used for calibration of the bottom view.

FIG. 2B shows a flow chart of a method of the invention used for determining the state values, and the X and Y world coordinates, of the bottom view of the system.

FIG. 2C shows a flow chart of a method of the invention used for calibration of the side perspective views.

FIG. 2D shows a flow chart of a method of the invention used for determining the state values of the side perspective views of the system.

FIG. 2E shows the relationship of a side perspective angle to the ratio of the perspective dimensions to the non-perspective dimensions.

FIGS. 2F1 and 2F2 show a bottom view and a side perspective view of precision dots used in the method for determining a side perspective view angle.

FIG. 3A shows the apparatus of the invention for part inspection.

FIGS. 3B1, 3B2, and 3B3 show example images of a part acquired by the system.

FIG. 4 shows a method of the invention for the three dimensional inspection of balls on a ball grid array.

FIGS. 5A and 5B together show a flow chart of the three dimensional inspection method of the invention.

FIGS. 6A and 6B show an example ball of a ball grid array and associated geometry used in a method of the invention for determining the Z position of the ball.

FIG. 7A shows one example of an image used in the grayscale blob method of the invention.

FIG. 7B shows one example of an image used with the method of the invention to perform a subpixel measurement of the ball reference point.

FIG. 8A shows a side perspective image of the calibration pattern magnified in one dimension.

FIG. 8B shows a side perspective image of the balls on a BGA, magnified in one dimension.

FIG. 9 shows an apparatus for presenting a BGA for inspection.

FIGS. 10A and 10B show an example ball of a ball grid array with associated geometry as used with a method of the invention for determining the Z position of a ball using two side perspective views.

FIG. 11A shows the apparatus of the invention for system calibration, utilizing a single side perspective view.

US 7,085,411 B2

5

FIGS. 11B1, 11B2, and 11B3 show an example calibration pattern and example images of a calibration pattern acquired by the system, utilizing a single side perspective view, of the invention.

FIG. 12A shows the apparatus of the invention for ball inspection utilizing a single side perspective view.

FIGS. 12B1, 12B2, and 12B3 show an example ball grid array and example images of the ball grid array for three dimensional inspection, utilizing a single side perspective view.

FIG. 13 shows the apparatus of the invention for the three dimensional inspection of ball grid array devices, gullwing devices and J lead devices.

FIG. 14 shows the apparatus of the invention for the three dimensional inspection of parts utilizing three cameras.

FIG. 15 shows the apparatus of the invention configured with a calibration reticle 1020 for use during calibration of the state values of the system.

FIGS. 16A and 16B show an example calibration pattern and example images of the calibration pattern acquired by the single side perspective view system.

FIG. 17 shows the apparatus of the invention configured with a part 1040 to be inspected by the system.

FIGS. 18A and 18B show a part and example images of a part acquired by the system.

DETAILED DESCRIPTION OF THE
PREFERRED EMBODIMENT

In one embodiment of the invention, the method and apparatus disclosed herein is a method and apparatus for calibrating the system by placing a pattern of calibration dots of known spacing and size on the bottom plane of a calibration reticle. From the precision dots the missing state values of the system are determined allowing for three dimensional inspection of balls on ball grid array devices, BGA devices or balls on wafers or balls on die. In one embodiment of the invention the system may also inspect gullwing and J lead devices as well as ball grid arrays.

Refer now to FIG. 1A which shows the apparatus of the invention configured with a calibration reticle for use during calibration of the state values of the system. The apparatus obtains what is known as a bottom image 50 of the calibration reticle 20. To take the bottom image 50 the apparatus includes a camera 10 with a lens 11 and calibration reticle 20 with a calibration pattern 22 on the bottom surface. The calibration pattern 22 on the reticle 20 comprises precision dots 24. The camera 10 is located below the central part of the calibration reticle 20 to receive an image 50 described in conjunction with FIGS. 1B1, 1B2, and 1B3. In one embodiment the camera 10 comprises an image sensor. The image sensor may be a charged coupled device array. The camera 10 is connected to a frame grabber board 12 to receive the image 50. The frame grabber board 12 provides an image data output to a processor 13 to perform a two dimensional calibration as described in conjunction with FIG. 2A. The processor 13 may store an image in memory 14. The apparatus of the invention obtains an image of a pair of side perspective views and includes using a camera 15 with a lens 16 and a calibration reticle 20. The camera 15 is located to receive an image 60, comprising a pair of side perspective views, described in conjunction with FIGS. 1B1, 1B2, and 1B3. Fixed optical elements 30, 32 and 38 provide a first side perspective view and fixed optical elements 34, 36, 38 for a second side perspective view. These fixed optical elements 30, 32, 34, 36 and 38 may be mirrors or prisms. As will be appreciated by those skilled in the art additional

6

optical elements may be incorporated. The camera 15 is connected to a frame grabber board 17 to receive the image 60. The frame grabber board 17 provides an image data output to a processor 13 to perform a two dimensional inspection as described in conjunction with FIG. 2B. The processor 13 may store an image in memory 14. In one embodiment of the invention, the apparatus may contain a nonlinear optical element 39 to magnify the side perspective image 60 in one dimension as shown in FIG. 8A. In another embodiment of the invention optical element 38 may be a nonlinear element. The nonlinear optical elements 38 and 39 may be a curved mirror or a lens.

FIGS. 1B1, 1B2, and 1B3 show an example image 50 from camera 10 and an example image 60 from camera 15 acquired by the system. The image 50, a bottom view of dot pattern 22, shows dots 52 acquired by camera 10. The dot pattern contains precision dots 24 of known dimensions and spacing. The precision dots 24 are located on the bottom surface of the calibration reticle 20. The image 60 shows two side perspective views of the dot pattern 22. A first side perspective view in image 60 contains images 62 of dots 24 and is obtained by the reflection of the image of the calibration reticle dot pattern 22 off of fixed optical elements 30, 32 and 38 into camera 15. A second side perspective view in image 60 contains images 66 of dots 24 and is obtained by the reflection of the image of the calibration reticle dot pattern 22 off of fixed optical elements 34, 36 and 38 into camera 15.

Optical element 36 is positioned to adjust the optical path length of a second side perspective view to equal the optical path length of a first side perspective view. Those skilled in the art will realize that any number of perspective views can be utilized by the invention. In one embodiment of the invention, the maximum depth of focus of a side perspective view includes an area of the reticle including the center row of dots. This allows for a fixed focus system to inspect larger parts, with one perspective view imaging half of the part and the second perspective view imaging the other half of the part.

FIG. 2A shows a flow diagram for the calibration of the bottom view of the system. The method starts in step 101 by providing a transparent reticle 20 having a bottom surface containing a dot pattern 22, comprising precision dots 24 of known dimensions and spacing. The method in step 102 provides a camera 10 located beneath the transparent reticle 20 to receive an image 50. In step 103 the processor 13 sends a command to a frame grabber 12 to acquire an image 50, comprising pixel values from the camera 10. The method then proceeds to step 104 and processes the pixel values with a processor 13.

FIG. 2B shows a flow diagram for determining the state values of the bottom view of the system. In step 111 the method begins by finding the dots 52 in image 50, corresponding to the calibration dots 24. The processor finds a dimension and position for each dot visible in image 50 in subpixel values using well known grayscale methods and stores these values in memory 14. By comparing these results to known values stored in memory, the processor calculates the missing state values for the bottom calibration in steps 112 and 113. In step 112 the processor 13 calculates the optical distortion of lens 11 and the camera roll angle with respect to the dot pattern 22. Step 113 calculates the pixel width and pixel height by comparing the subpixel data of dots 52 with the known dimensions of the precision dot pattern 22. The pixel aspect ratio is determined from the pixel width and pixel height. In step 114 the processor defines the X and Y world coordinates and the Z=0 plane

US 7,085,411 B2

7

from the image 50 of the precision dot pattern 22. The processor then stores these results in memory. These results provide conversion factors for use during analysis to convert pixel values to world values.

FIG. 2C shows a flow diagram for the calibration of the side perspective views of the system. The method starts in step 121 by providing a transparent reticle 20 having a bottom surface containing a dot pattern 22, comprising precision dots 24 of known dimensions and spacing. The method in step 122 provides fixed optical elements 30, 32, 34, 36 and 38 to reflect two perspective images of the precision dot pattern 22 into camera 15. The method in step 123 provides a camera 15 located to receive an image 60. In step 124 the processor 13 sends a command to a frame grabber 12 to acquire an image 60, comprising pixel values from the camera 15. The method then proceeds to step 125 and processes the pixel values with a processor 13.

FIG. 2D shows a flow diagram for determining the state values of the side perspective views of the system. In step 131 the method begins by finding dots 62 in image 60, corresponding to the calibration dots 24. The processor finds a dimension and position for each dot visible, comprising the group of dots 62, in image 60 for a first side perspective view in subpixel values and stores these values in memory 14. By comparing these results to known values stored in memory, the processor calculates the missing state values for a side perspective view, comprising the group of dots 62, in steps 132 and 133. In step 132 the processor 13 calculates the optical distortion of lens 16 and the camera roll angle with respect to the dot pattern 22. In step 133 the processor 13 calculates the pixel width and pixel height by comparing the subpixel data of dots 62 with the known dimensions of the precision dots 24. The pixel aspect ratio is determined from the pixel width and pixel height. In step 134 the processor defines the X and Y world coordinates and the Z=0 plane from the dots 62 in image 60 of the dot pattern 22. The processor then stores these results in memory. These results provide conversion factors for use during analysis to convert pixel values to world values. In step 135 the method of the invention computes the side view angle. In step 136 the method is repeated for a second side perspective view using the dots 66 in image 60.

FIG. 2E shows the relationship of a side perspective angle to the ratio of the perspective dimension to the non-perspective dimension. Ray 171, 172, and 173 defining point 181 is parallel to ray 174, 175 and 176 defining point 182. Point 181 and point 182 lie on a plane 170 parallel to a plane 180. The intersection of ray 175 and ray 176 define point 186. The intersection of ray 176 and ray 172 define point 184. The intersection of ray 173 and ray 172 define point 187. The intersection of ray 174 and ray 172 define point 183. The reflecting plane 179 intersecting plane 180 at an angle D is defined by ray 172 and ray 175 and the law of reflectance. Ray 172 and ray 175 intersect plane 170 at an angle 177. Referring to FIG. 2E it can be shown:

$$\tan \theta = C/D_B$$

$$C/\sin A = L/\sin A \text{ Therefore: } C = L$$

$$\cos \theta = D_S/L = D_S/C$$

$$C = D_S/\cos \theta$$

8

Substituting:

$$\tan \theta = (D_S/\cos \theta)/D_B = D_S/D_B \cos \theta$$

$$(\tan \theta)(\cos \theta) = D_S/D_B = \sin \theta$$

$$\theta = \arcsin(D_S/D_B)$$

FIGS. 2F1 and 2F2 show a bottom view and a side perspective view of precision dots used in the method for determining a side perspective view angle 177 as shown in FIG. 2E of the system. A bottom view image 200 comprising precision dots 201, 202 and 203 of known spacing and dimensions from the calibration method described earlier can be used to provide a reference for determination of a side perspective view angle 177. The value $D_H$ and $D_B$ are known from the bottom view calibration. A side perspective view image 210 comprising precision dots 211, 212 and 213, corresponding to bottom view dots 201, 202 and 203 respectively, of known spacing and dimensions $D_z$ and $D_h$ from the calibration method described earlier, can be used to determine the side view perspective angle. The ratio of ($D_h/D_H$) from the bottom image 200 and the side perspective image 210 can be used in the bottom view to calibrate DB in the same units as the side perspective view as follows:

$$D_{Bcal} = D_B(D_h/D_H)$$

Substituting into the equation for the side perspective view angle 177 described earlier yields:

$$\theta = \arcsin(D_S/D_B) = \arcsin(D_S/D_{Bcal})$$

$$\theta = \arcsin(D_S/D_H D_h/D_b)$$

FIG. 3A shows the apparatus of the invention for a three dimensional inspection of the balls of a ball grid array. The apparatus of the invention includes a part 70 to be inspected. The apparatus further includes a camera 10 with a lens 11, located below the central area of part 70, to receive a bottom image 80, described in conjunction with FIGS. 3B1, 3B2, AND 3B3, of part 70. The camera 10 is connected to a frame grabber board 12 to receive the image 80. The frame grabber board 12 provides an image data output to a processor 13 to perform a two dimensional inspection as described in conjunction with FIG. 3A. The processor 13 may store an image in memory 14. The apparatus of the invention obtains an image of a pair of side perspective views with a camera 15 and a lens 16. The camera 15 is located to receive an image 90, comprising a pair of side perspective views, described in conjunction with FIGS. 3B1, 3B2, and 3B3 and utilizing fixed optical elements 30, 32 and 38 for a first side perspective view and fixed optical elements 34, 36 and 38 for a second side perspective view. In one embodiment of the invention, the apparatus may contain a nonlinear optical element 39 to magnify the side perspective image 60 in one dimension as shown in FIG. 8B. In another embodiment of the invention optical element 38 may be the nonlinear element. The fixed optical elements 30, 32, 34, 36 and 38 may be mirrors or prisms. As will be appreciated by those skilled in the art additional optical elements may be incorporated without deviating from the spirit and scope of the invention. The camera 15 is connected to a frame grabber board 17 to receive the image 90. The frame grabber board 17 provides an image data output to a processor 13 to calculate the Z position of the balls, described in conjunction with FIG. 32. The processor 13 may store an image in memory 14.

FIGS. 3B1, 3B2, and 3B3 show an example image 80 from camera 10 and an example image 90 from camera 15

US 7,085,411 B2

9

acquired by the system. The image 80 shows the bottom view of the balls located on the bottom surface of a part 70. The image 90 shows two side view perspectives of the balls located on part 70. A first side perspective view in image 90 contains images of balls 91 and is obtained by the reflection of the image of the part 70 off of fixed optical elements 30, 32 and 38 into camera 15. A second side perspective view in image 90 contains images of balls 92 and is obtained by the reflection of the image of the part 70 off of fixed optical elements 34, 36 and 38 into camera 15. Optical element 36 is positioned to adjust the optical path length of a second side perspective view to equal the optical path length of a first side perspective view. In one embodiment of the invention, the maximum depth of focus of a side perspective view just includes an area of the part including the center row of balls. This allows for a fixed focus system to inspect larger parts, with one perspective view imaging at least half of the part and the second perspective view imaging at least the other half of the part. Those skilled in the art will realize that any number of perspective views can be utilized by the invention. In another embodiment of the invention, all of the balls are in focus from both side perspective views resulting in two perspective views for each ball. This permits two Z calculations for each ball as shown in conjunction with FIGS. 10A and 10B.

FIG. 4 shows a flow diagram for the three dimensional inspection of balls on a ball grid array. The method starts in step 141 by providing a part 70 having balls 71 facing down. The method in step 142 provides a camera 10 located beneath the part 70 to receive an image 80. In step 143 a frame grabber 12 is provided to receive the image 80 from camera 10. In step 144, fixed optical elements are provided for obtaining two side perspective views of the part 70. A first optical path is provided by optical elements 30, 32 and 38. A second optical path is provided by optical elements 34, 36 and 38. A second camera 15 receives an image 90 of two side perspective views in step 145. In step 146 a second frame grabber board 17 is provided to receive the image 90 from camera 15. A processor 13 sends a command to frame grabbers 12 and 17 to acquire images 80 and 90 comprising pixel values from cameras 10 and 15. The method then proceeds to step 147 and processes the pixel values with a processor 13 to obtain three dimensional data about part 70.

The invention contemplates the inspection of parts that have ball shaped leads whether or not packaged as a ball grid array. The invention also contemplates inspection of leads that present a generally curvilinear profile to an image sensor.

FIGS. 5A and 5B together show a flow chart of the three dimensional inspection method of the invention. The process begins in step 151 by waiting for an inspection signal. When the signal changes state, the system initiates the inspection. The processor 13 sends a command to frame grabber boards 12 and 17 to acquire images 80 and 90 respectively of part 70 having balls 71. In step 152, camera 10 captures an image 80 comprising pixel values and camera 15 captures an image 90 comprising pixel values and the processor stores the images in memory 14. The images comprise information from both a bottom view and two side perspective views as shown in FIGS. 3B1, 3B2, AND 3B3. In step 153, the inspection system sends a signal to a part handler shown in FIG. 9 to allow the part handler to move the part out of the inspection area and allows the next part to be moved into the inspection area. The handler may proceed with part placement while the inspection system processes the stored image data.

10

The inspection system processes the pixel values of the stored image 80 in step 154 to find a rotation, and X placement and Y placement of the part relative to the world X and Y coordinates. The processor determines these placement values finding points on four sides of the body of the part. In step 155, the processor employs a part definition file that contains values for an ideal part.

By using the measurement values from the part definition file and the placement values determined in step 154, the processor calculates an expected position for each ball of the part for the bottom view contained in image 80. The processor employs a search procedure on the image data to locate the balls 81 in image 80. The processor then determines each ball's center location and diameter in pixel values using grayscale blob techniques as described in FIG. 7A. The results are stored in memory 14.

The processor proceeds in step 156 to calculate an expected position of the center of each ball in both side perspective views in image 90 using the known position of each s side view from calibration. The processor employs a subpixel edge detection method described in FIG. 72 to locate a reference point on each ball in step 157. The results are stored in memory 14.

Now refer to FIG. 5B. In step 158 the processor converts the stored pixel values from steps 154 and 157 into world locations by using pixel values and parameters determined during calibration. The world locations represent physical locations of the balls with respect to the world coordinates defined during calibration.

In step 159 the Z height of each ball is calculated in world coordinates in pixel values. The method proceeds by combining the location of the center of a ball from the bottom view 80 with the reference point of the same ball from a side perspective view in image 90 as described in FIGS. 6A and 6B. The processor then converts the world values to part values using the calculated part rotation, and X placement and Y placement in step 160 to define part coordinates for the ideal part. The part values represent physical dimensions of the balls such as ball diameter, ball center location in X part and Y part coordinates and ball height in Z world coordinates.

In step 161 these part values are compared to the ideal values defined in the part file to calculate the deviation of each ball center from its ideal location. In one example embodiment of the invention the deviation values may include ball diameter in several orientations with respect to the X and Y part coordinates, ball center in the X direction, Y direction and radial direction, ball pitch in the X direction and Y direction and missing and deformed balls. The Z world data can be used to define a seating plane, using well known mathematical formulas, from which the Z dimension of the balls with respect to the seating plane can be calculated. Those skilled in the art will recognize that there are several possible definitions for seating planes from the data that may be used without deviating from the spirit and scope of the invention.

In step 162 the results of step 161 are compared to predetermined thresholds with respect to the ideal part as defined in the part file to provide an electronic ball inspection result. In one embodiment the predetermined tolerance values include pass tolerance values and fail tolerance values from industry standards. If the measurement values are less than or equal to the pass tolerance values, the processor assigns a pass result for the part. If the measurement values exceed the fail tolerance values, the processor assigns a fail result for the part. If the measurement values are greater than the pass tolerance values, but less than or not

US 7,085,411 B2

11                                                                                        12

equal to the fail tolerance values, the processor designates the part to be reworked. The processor reports the inspection result for the part in step 163, completing part inspection. The process then returns to step 151 to await the next inspection signal.

FIGS. 6A and 6B show an example ball of a ball grid array and associated geometry used in a method of the invention for determining the Z position of the ball. The method determines the Z position of a ball with respect to the world coordinates defined during calibration. Using parameters determined from the calibration procedure as shown in FIGS. 2B and 2D to define a world coordinate system for the bottom view and the two side perspective views, comprising world coordinate plane 250 with world coordinate origin 251 and world coordinate axis X 252, Y 253 and Z 254 shown in FIG. 6A, and a pair of images 80 and 90 as shown in FIGS. 3B1, 3B2, AND 3B3, the processor computes a three dimensional location.

Now refer to FIG. 6A. The processor locates a point 258 on the world plane 250 determined by a bottom view ray 255 passing through the center 257 of a ball 71 on a part 70. The processor locates a side perspective view point 260 on the world plane 250 determined by a side perspective view ray 256 intersecting a ball reference point 259 on ball 71 and intersecting the bottom view ray 255 at a virtual point 261. Ray 256 intersects the world plane 250 at an angle 262 determined by the reflection of ray 256 off of the back surface 263 of prism 30. The value of angle 262 was determined during the calibration procedure.

Now refer to FIG. 6B. The distance L.sub.1 is calculated by the processor as the difference between world point 258, defined by the intersection of ray 255 with the Z=0 world plane 250, and world point 260, defined by the intersection of ray 256 and the Z=0 world plane 250. The value Z is defined as the distance between world point 261 and 258 and is related to $L_1$ as follows:

$$\tan \theta 1 = Z/L_1$$

Z can be computed by processor 13 since the angle 262 is known from calibration. The offset E 265 is the difference between the virtual point 261 defined by the intersection of ray 255 and ray 256 and the crown of ball 71 at point 264, defined by the intersection of ray 255 with the crown of ball 71, and can be calculated from the knowledge of the angle 262 and the ideal dimensions of the ball 71. The final value of Z for ball 71 is:

$$Z_{Final} = Z - E$$

FIG. 7A shows one example of an image used in the grayscale blob method of the invention. The image processing method finds the location and dimensions of a ball 71 from a bottom image 80. From the expected position of a ball 71, a region of interest in image 80 is defined as (X1, Y1) by (X2,Y2). The width and height of the region of interest are large enough to allow for positioning tolerances of part 70 for inspection. Due to the design of the lighting for the bottom view, the spherical shape of balls 71 of part 70 present a donut shaped image where the region 281, including the perimeter of the ball 71, comprises camera pixels of higher grayscale values and where the central region 282 comprises camera pixels of lower grayscale values. The remainder 283 of the region of interest 280 comprises camera pixels of lower grayscale values.

In one embodiment of the invention the processor 13 implements image processing functions written in the C programming language.

The C langunge function "FindBlobCenter", as described below, is called to find the approximate center of the ball 71 by finding the average position of pixels that are greater than a known threshold value. Using the coordinates of the approximate center of the ball 71, the region 282 of lower grayscale pixel values can be converted to higher grayscale values by calling the C language function "FillBallCenter", as described below. The exact center of the ball 71 can be found by calling the C language function "FindBallCenter" which also returns an X world and Y world coordinate. The diameter of the ball 71 can be calculated by the C language function, "Radius=sqrt(Area/3.14)". The area used in the diameter calculation comprises the sum of pixels in region 281 and 282.

FIG. 7B shows one example of an image used with the method of the invention to perform a subpixel measurement of the ball reference point. The method of the invention finds a reference point on a ball 71 in an image 90 of a side perspective view as shown in FIGS. 3B1, 3B2, AND 3B3. From the expected position of a ball 71, a region of interest 290 in image 80 is defined as (X3, Y3) by (X4,Y4). The width and height of the region of interest are large enough to allow for positioning tolerances of part 70 for inspection. Due to the design of the lighting for a side perspective view, the spherical shape of balls 71 of part 70 present a crescent shaped image 291 comprising camera pixels of higher grayscale values and where the remainder 293 of the region of interest 290 comprises camera pixels of lower grayscale values.

The C language function "FindBlobCenter" is called to compute the approximate center of the crescent image 291 by finding the average position of pixels that are greater than a known threshold value. Using the coordinates of the approximate center of the crescent image 291, the C language function "FindCrescentTop" is called to determine the camera pixel, or seed pixel 292 representing the highest edge on the top of the crescent. The camera pixel coordinates of the seed pixel are used as the coordinates of a region of interest for determining the subpixel location of the side perspective ball reference point.

One example of grayscale blob analysis and reference point determination implemented in the C language is presented as follows:

```
/////////////////////////////////////////////
//
// FindBlobCenter - finds the X,Y center of the pixels that have a greater
// than THRESHOLD in the region (x1,y1) to (x2,y2)
/////////////////////////////////////////////
//
long FindBlobCenter(int x1,int y1,int x2,int y2, double* pX,double* pY)
{
    int x,y;
    long Found = 0;
    long SumX = 0;
    long SumY = 0;
    for (x=x1;x<=x2;x++)
    {
        for (y=y1;y<=y2;y++)
        {
            if (Pixel [x] [y] > THRESHOLD)
            {
                SumX += X;
                SumY += y;
                Found ++;
            }
        }
    }
}
```

US 7,085,411 B2

13

14

-continued

```
  if (Found > 0)
  {
    *pX = (double)SumX / (double)Found;
    *pY = (double)SumY / (double)Found;
  }
  return Found;
}
//////////////////////////////////////////////////
//
// FillBallCenter - fills the center of the BGA "donut"
//////////////////////////////////////////////////
//
void FillBallCenter(double CenterX,double CenterY,double Diameter)
{
    int x,y;
    int x1 = (int) (CenterX – Diameter / 4.0);
    int x2 = (int) (CenterX + Diameter / 4.0);
    int y1 = (int) (CenterY – Diameter / 4.0);
    int y2 = (int) (CenterY + Diameter / 4.0);
    for (x=x1;x<=x2;x++)
    {
        for (y=y1;y<=y2;y++)
        {
            Pixel [x] [y] = 255;
        }
    }
}
//////////////////////////////////////////////////
//
// FindBallCenter - finds the X,Y center of the a BGA ball
//     using the grayscale values
//////////////////////////////////////////////////
//
long FindBallCenter(int x1,int y1,int x2,int y2, double* pX,double* pY,
                    double* pRadius)
{
    int x,y;
    long Found = 0;
    long Total = 0;
    long SumX = 0;
    long SumY = 0;
    for (x=x1;x<=x2;x++)
    {
        for (y=y1;y<=y2;y++)
        {
            if (Pixel [x] [y] > THRESHOLD)
            {
                SumX += x*Pixel [x] [y];
                SumY += y*Pixel [x] [y];
                Total += Pixel [x] [y];
                Found ++;
            }
        }
    }
    if (Found > 0)
    {
        *pX      = (double)SumX / (double)Total;
        *pY      = (double)SumY / (double)Total;
        *pRadius = sqrt((double)Found / 3.14159279);
    }
    return Found;
}
//////////////////////////////////////////////////
//
// FindCresentTop - finds the X,Y top position of a BGA cresent
//////////////////////////////////////////////////
//
void FindCresentTop(int CenterX,int CenterY,int Diameter, int* pX,
int* pY)
{
    int x,y,Edge,Max,TopX,TopY;
    int x1 = CenterX – Diameter / 2;
    int x2 = CenterX + Diameter / 2;
    int y1 = CenterY – Diameter / 2;
    int y2 = CenterY;
    *pY = 9999;
    for (x=x1;x<=x2;x++)
    {
        Max = –9999;
```

-continued

```
        for (y=y1;y<=y2;y++)
        {
            Edge = Pixel [x] [y] – Pixel [x] [y–1];
            if (Edge > Max)
            {
                Max = Edge;
                TopY = y;
                TopX = x;
            }
        }
        if (TopY < *pY)
        {
            *pX = TopX;
            *pY = TopY;
        }
    }
}
```

(c) 1997 Scanner Technologies Inc.

FIG. 8A shows a side perspective image of the calibration pattern magnified in one dimension. FIG. 8A shows a side perspective image 300 of a reticle calibration pattern where the space 303 between dot 301 and dot 302 is magnified, increasing the number of lower value grayscale pixels when compared to a non magnified image.

FIG. 8B shows a side perspective image of the balls on a BGA, magnified in one dimension. In FIG. 8B a side perspective image 310 of two views are shown where the space 313 between ball image 311 and ball image 312 is magnified, increasing the number of lower value grayscale pixels when compared to a non magnified image. The increased number of lower grayscale value pixels allows for the successful application of the subpixel algorithm.

In another embodiment of the invention, the method and apparatus disclosed herein is a method and apparatus for calibrating the system by placing a pattern of calibration dots of known spacing and dimensions on the bottom plane of a calibration reticle and for providing for two side perspective views of each ball for the three dimensional inspection of parts. From the precision dots the missing state values of the system are determined allowing for three dimensional inspection of balls on BGA devices or balls on wafers or balls on die.

FIG. 9 shows an example apparatus for presenting a BGA to the system for inspection. An overhead light reflective diffuser 5 includes a vacuum cup assembly 6. The vacuum cup assembly may attach to a BGA part 70 having balls 71 and suspend the BGA part 70 below the overhead light reflective diffuser 5.

FIGS. 10A and 10B show an example ball on a ball grid array and associated geometry for use with the method of the invention for determining the Z position of a ball with respect to the world coordinates defined during calibration, using two perspective views for each ball. Using parameters determined from the calibration procedure as shown in FIGS. 2B and 2D to define a world coordinate system for the bottom view and the two side perspective views, comprising world coordinate plane 700 with world coordinate origin 701 and world coordinate axis X 702, Y 703 and Z 704 shown in FIG. 10A and FIG. 10B, and a pair of images 80 and 90 as shown in FIGS. 3B1, 3B2, AND 3B3, the processor computes a three dimensional location.

Now refer to FIG. 10A. The processor locates a point 709 on the world plane 700 determined by a bottom view ray 705 passing through the center 708 of a ball 717. The processor locates a first side perspective view point 711 on the world plane 700 determined by a side view ray 706 intersecting a ball reference point 710 on ball 717 and intersecting the

US 7,085,411 B2

15

bottom view ray 705 at a virtual point 714. Ray 706 intersects the world plane 700 at an angle 715 determined by the reflection of ray 706 off the back surface of prism 30. The value of angle 715 was determined during the calibration procedure. The processor locates a second side perspective view point 713 on the world plane 700 determined by a side view ray 707 intersecting a ball reference point 712 on ball 717 and intersecting the bottom view ray 705 at a virtual point 718. Ray 707 intersects the world plane 700 at an angle 716 determined by the reflection of ray 707 off of the back surface of prism 34. The value of angle 716 was determined during the calibration procedure.

Now refer to FIG. 10B. The distance $L_1$ is calculated by the processor as the distance between world point 709 and world point 711. The distance $L_2$ is calculated by the processor as the distance between world point 713 and world point 709. The value $Z_1$ is defined as the distance between world point 714 and 709 and is related to $L_1$ as follows:

$$\tan \theta_1 = Z_1/L_1$$

$$Z_1 = L_1 \tan \theta_1$$

The value $Z_2$ is defined as the distance between world point 718 and 709 and is related to $L_2$ as follows:

$$\tan \theta_2 = Z_2/L_2$$

$$Z_2 = L_2 \tan \theta_2$$

The average of $Z_1$ and $Z_2$ are calculated and used as the value for Z of the ball. This method is more repeatable and accurate than methods that use only one perspective view per ball.

In still another embodiment of the invention, the method and apparatus disclosed herein is a method and apparatus for calibrating the system by placing a pattern of calibration dots of known spacing and dimensions on the bottom plane of a calibration reticle and for providing a single side perspective view for the three dimensional inspection of parts. From the precision dots the missing state values of the system are determined allowing for three dimensional inspection of balls on BGA devices or balls on wafers or balls on die.

FIG. 11A shows the apparatus of the invention for system calibration, utilizing a single side perspective view. The method and apparatus for calibration of the bottom view is identical to the method and apparatus described earlier in FIGS. 2A and 2B for the two side perspective views method. The apparatus for an image of a side perspective view includes a camera 15 with a lens 18 and a calibration reticle 20. The camera 15 is located to receive an image 64 of a side perspective view comprising dots 65, described in conjunction with FIGS. 11B1, 11B2, AND 11B3, and utilizing fixed optical elements 40 and 42. The fixed optical element 40 may be a mirror or prism. The fixed optical element 42 is a nonlinear element that magnifies the image in one direction. In another embodiment fixed optical element 40 may be this nonlinear element. As will be appreciated by those skilled in the art additional optical elements may be incorporated. The camera 15 is connected to a frame grabber board 17 to receive the image 64. The frame grabber board 17 provides an image data output to a processor 13 to perform a two dimensional inspection as described in conjunction with FIG. 2B. The processor 13 may store an image in memory 14.

FIGS. 11B1, 11B2, and 11B3 show an example calibration pattern and example images of a calibration pattern

16

acquired by the system, utilizing a single side perspective view, of the invention. FIGS. 11B1, 11B2, and 11B3 show an example image 50 from camera 10 and an example image 64 from camera 15 acquired by the system. The image 50 showing dots 52 acquired by camera 10 includes a bottom view of the dot pattern 22, containing precision dots 24 of known dimensions and spacing, located on the bottom surface of the calibration reticle 20. The image 64 shows a side perspective view of the dot pattern 22, containing precision dots 24 of known dimensions and spacing, located on the bottom surface of the calibration reticle 20. A side perspective view in image 64 contains images of dots 65 and is obtained by the reflection of the image of the calibration reticle dot pattern 22 off of fixed optical element 40, passing through nonlinear element 42 and into camera 15.

The side perspective calibration is identical to the method shown in FIG. 2C except the fixed optical elements may have different properties.

The determination of the state values for the side perspective view is identical to the method shown in FIG. 2D except the fixed optical elements may be different and there is only one side perspective view. The principles and relationships shown in FIG. 2E, FIG. 2F1, and FIG. 2F2 apply.

In still another embodiment employing a single side perspective view, the invention does not include the nonlinear element 42.

FIG. 12A shows the apparatus of the invention for ball inspection utilizing a single side perspective view. The apparatus of the invention includes a part 70 to be inspected. The apparatus further includes a camera 10 with a lens 11, located below the central area of part 70, to receive a bottom image 80, described in conjunction with FIGS. 12B1, 12B2, and 12B3, of part 70. The camera 10 is connected to a frame grabber board 12 to receive the image 80. The frame grabber board 12 provides an image data output to a processor 13 to perform a two dimensional inspection as described in conjunction with FIGS. 12B1, 12B2, and 12B3. The processor 13 may store an image in memory 14. The apparatus for an image of a single side perspective view includes a camera 15 with a lens 18. The camera 15 is located to receive an image 94, comprising a single side perspective view, described in conjunction with FIGS. 12B1, 12B2, and 12B3 and utilizing fixed optical element 40 and nonlinear, fixed optical element 42, to magnify the side perspective view in one dimension. In another embodiment of the invention optical element 40 may be the nonlinear element. The fixed optical element 40 may be a mirror or prism. As will be appreciated by those skilled in the art additional optical elements may be incorporated. The camera 15 is connected to a frame grabber board 17 to receive the image 94. The frame grabber board 17 provides an image data output to a processor 13 to calculate the Z position of the balls, described in conjunction with FIGS. 12B1, 12B2, and 12B3. The processor 13 may store an image in memory 14.

FIGS. 12B1, 12B2, and 12B3 show an example ball grid array and example images of the ball grid array for three dimensional inspection, utilizing a single side perspective view. FIGS. 12B1, 12B2, and 12B3 show an example image 80 from camera 10 and an example image 94 from camera 15 acquired by the system. The image 80 shows the bottom view of the balls 71 located on the bottom surface of a part 70. The image 94 shows a side perspective view of the balls 71 located on part 70. The side perspective view in image 94 contains images of balls 95 and is obtained by the reflection of the image of the part 70 off of fixed optical element 40 and passing through the nonlinear fixed element 42 into camera 15.

US 7,085,411 B2

17                                                          18

In an alternate embodiment of the invention, the system can be used to inspect other types of electronic parts in three dimensions, such as gullwing and J lead devices. By utilizing only one camera and adding an additional set of prisms on the reticle 400 these other devices may be inspected. The advantage of being able to inspect different devices with the same system includes savings in cost, and floor space in the factory. Additionally this design allows more flexibility in production planning and resource management.

FIG. 13 shows the apparatus of the invention for the three dimensional inspection of ball grid array devices, gullwing devices and J lead devices. The apparatus described in FIG. 13 allows the inspection of BGA, gullwing and J lead devices all on the same system. The apparatus includes a part 402 to be inspected located over the central area of a transparent reticle 400 with prisms 401 glued to the top surface to receive side perspective views of part 402. A gullwing and J lead inspection device 21 may be integrated into the ball grid array inspection device. One example embodiment of such a gullwing and J lead inspection device is the "UltraVim" scanner from Scanner Technologies of Minnetonka, Minn. The apparatus further includes a camera 10A with a lens 11A, located below the central area of part 402 and reticle 400 to receive a bottom view and side perspective views of part 402. The camera 10A is connected to a frame grabber board 12A to receive an image. The frame grabber board 12A provides an image data output to a processor 13A to perform a three dimensional inspection of part 402. The processor 13A may store an image in memory 14A. These components comprise the hardware of the gullwing and J lead inspection device 21 and are shared by the ball grid array inspection device as described herein.

The UltraVim is described in U.S. patent application Ser. No. 08/850,473 entitled THREE DIMENSIONAL INSPECTION SYSTEM by Beaty et al., filed May 5, 1997 which is incorporated in its entirely by reference thereto.

Refer now to FIG. 14. In still another embodiment of the invention, the system may use three cameras to image directly the bottom view and two side perspective views as shown in FIG. 14. FIG. 14 shows the apparatus of the invention for a three dimensional inspection of the balls of a BGA. The apparatus of the invention includes a part 70, with balls 71 to be inspected. The apparatus further includes a camera 10 with a lens 11, located below the central area of part 70, to receive a bottom image 80, described in conjunction with FIGS. 12B1, 12B2, and 12B3, of part 70. The camera 10 is connected to a frame grabber board 12 to receive the image 80. The frame grabber board 12 provides an image data output to a processor 13 to perform a two dimensional inspection as described in conjunction with FIGS. 12B1, 12B2, and 12B3. The processor 13 may store an image in memory 14. The apparatus for an image of a first side perspective view includes a camera 15 with a lens 19. The camera 15 is located to receive an image 94, comprising a single side perspective view, described in conjunction with FIGS. 12B1, 12B2, and 12B3 and utilizing fixed optical element 38, to magnify the side perspective view in one dimension. The camera 15 is connected to a frame grabber board 17 to receive the image 94. The frame grabber board 17 provides an image data output to a processor 13 to calculate the Z position of the balls, described in conjunction with FIGS. 12B1, 12B2, and 12B3. The processor 13 may store an image in memory 14. The apparatus for an image of a second side perspective view includes a camera 15 with a lens 19. The camera 15 is located to receive an image similar to 94, comprising a single side perspective view, described in conjunction with FIGS. 12B1, 12B2, and 12B3 and

utilizing fixed optical element 38, to magnify the side perspective view in one dimension. The camera 15 is connected to a frame grabber board 17 to receive the image similar to 94. The frame grabber board 17 provides an image data output to a processor 13 to calculate the Z position of the balls, described in conjunction with FIGS. 12B1, 12B2, and 12B3. The processor 13 may store an image in memory 14. In another embodiment, the nonlinear fixed optical element 38 may be missing. In still another embodiment of the invention, only one side perspective view may be utilized.

In another embodiment of the invention, the method and apparatus disclosed herein is a method and apparatus using a single camera for calibrating the system by placing a pattern of calibration dots of known spacing and size on the bottom plane of a calibration reticle. From the precision dots the missing state values of the system are determined allowing for three dimensional inspection of balls on ball grid array devices, BGA devices or balls on wafers or balls on die.

Refer now to FIG. 15 which shows one example of the apparatus of the invention configured with a calibration reticle 1020 for use during calibration of the state values of the system. Calibration reticle 1020 is positioned to be viewed by camera 1008. Camera 1008 further comprises a lens 1006. Camera 1008 receives a composite image of the calibration reticle 1020, one portion of the image, through mirror 1002 and an additional portion directly. A frame grabber 1010 receives image information from the camera 1008 and provides processor 1012 with image information of the calibration reticle 1020. The image information and other inspection information may be stored in memory 1014. The apparatus obtains an image 1024 showing a bottom view 1026 containing an image 1031 of a precision dot 1030 and a side view 1028 containing an image 1032 of precision dot 1030 of the calibration reticle 1020 shown in FIG. 16A. This image 1024 is shown in FIG. 16B. To take the image 1024, the apparatus includes a means of illumination 1017, an overhead light diffuser 1015, the camera 1008, with lens 1006, and calibration reticle 1020 with a calibration pattern 1022 on the bottom surface of the calibration reticle 1020. A separate optical element 1002 is positioned below the calibration reticle 1020 to provide an additional perspective or side view 1028 containing an image of precision dot 1032 of the calibration reticle 1020.

In one embodiment of the invention, the optical element 1002 may comprise a prism. In another embodiment of the invention, the optical element 1002 may comprise a mirror. As will be appreciated by one skilled in the art, the invention will work with any number of side views. The calibration pattern 1021 on the reticle 1020 comprises precision dots 1022. The camera 1008 is located below the central part of the calibration reticle 1020 to receive an image 1024 described in conjunction with FIGS. 16A and 16B. In one embodiment of the invention, the camera 1008 comprises an image sensor. The image sensor may be a charged coupled device array. The camera 1008 is connected to a frame grabber board 1010 to receive the image 1024. The frame grabber board 1010 provides an image data output to a processor 1012 to perform a three dimensional calibration as described in conjunction with FIG. 16B. The principles and relationships shown in FIGS. 2E and 2F apply. The processor 1012 may store an image in memory 1014.

Now refer to FIGS. 16A and 16B which show a calibration reticle 1020 having precision dots 1022. FIG. 16B shows a composite image 1024 of the calibration reticle 1020. The bottom view 1026 shows precision dot 1030 with

US 7,085,411 B2

19

a first perspective view 1031 and a side view 1028 shows precision dot 1030 with a second perspective view 1032. The system processor processes the composite image 1024 according to the system of equations described herein with the bottom view 1026 and side view 1028 providing information for the solution of the system of equations. The principles and relationships shown in FIG. 2E, FIG. 2F1, and FIG. 2F2 apply.

In another embodiment of the invention, the method and apparatus disclosed herein is a method and apparatus using a single camera for a three dimensional inspection of balls on ball grid array devices, BGA/CSP devices or balls on wafers or balls on die.

Refer now to FIG. 17 which shows the apparatus of the invention configured with a part 1040 to be inspected by the system. The apparatus obtains an image 1044 showing a bottom view 1046 containing an image of a ball 1050 and a side view 1048 containing an image of a ball 1052 of the part 1040. To take the image 1044, the apparatus includes a means of illumination 1017 which may be a ring light, camera 1008 with a first optical element, lens 1006, and a part 1040 with a ball 1042 on the bottom surface. In one embodiment of the invention, the means of illumination 1017 lights the bottom surface of the part 1040 to allow imaging the perimeter of the part 1040. In another embodiment of the invention, overhead diffuser 1015 provides illumination for imaging of the perimeter of the part 1040.

In one example, the means for illumination may comprise reflected light, the lens 1006 may comprise a plurality of lens elements, a pin hole lens or a telecentric lens, and the processor 1012 may comprise a personal computer. Those skilled in the art will understand that the output of the sensor may be transmitted directly to memory without the use of a frame grabber.

A separate second optical element 1002 is positioned below the bottom plane of part 1040 to provide an additional perspective or side view 1048 of the part 1040 containing an image of the ball 1052 of the part 1040. In one embodiment of the invention, the optical element 1002 may comprise a prism. In another embodiment of the invention, the optical element 1002 may comprise a mirror. As will be appreciated by one skilled in the art, the invention will work with any number of side views. The camera 1008 is located below the central part of the part 1040 to receive an image 1044 described in conjunction with FIGS. 18A and 18B. In one embodiment of the invention, the camera 1008 comprises an image sensor. The image sensor may be a charged coupled device array or a complementary metal oxide semiconductor device array. The camera 1008 is connected to a frame grabber board 1010 to receive the image 1044. The frame grabber board 1010 provides an image data output to a processor 1012 to perform a three dimensional inspection of the part 1040 as described in conjunction with FIGS. 18A and 18B. The principles and relationships shown in FIG. 6A and FIG. 6B apply. The processor 1012 may store an image in memory 1014.

Now refer to FIGS. 18A and 18B which shows a ball grid array 1040 having balls 1042. FIG. 18B shows a composite image 1044 of the ball grid array 1040. The bottom view 1046 shows ball 1050 with a first perspective view 1051 and a side view 1048 shows ball 1050 with crescent shape 1052 with a second perspective view. The system processor processes the composite image 1044 according to the system of equations described herein with the bottom view 1046 and side view 1048 providing information for the solution of the system of equations. The principles and relationships shown in FIG. 6A and FIG. 6B apply.

20

The invention has been described herein in considerable detail in order to comply with the Patent Statutes and to provide those skilled in the art with the information needed to apply the novel principles and to construct and use such specialized components as are required. However, it is to be understood that the invention can be carried out by specifically different equipment and devices, and that various modifications, both as to the equipment details and operating procedures, can be accomplished without departing from the scope of the invention itself.

What is claimed is:

1. A method of manufacturing a ball grid array (BGA) device, the method comprising:

making a three dimensional inspection of a lead on a BGA device; and

selecting the BGA device as a produced BGA device based upon the results of the three dimensional inspection;

wherein the three dimensional inspection comprises:

illuminating the lead;

providing fixed optical elements to obtain both a bottom view of the lead and a side perspective view of the lead;

receiving at least the bottom view and the side perspective view of the lead using a single camera;

transmitting the bottom view and the side perspective view of the lead to memory as pixel values;

determining a first lead reference pixel position in the bottom view;

determining a second lead reference pixel position in the side view; and

converting the first and second lead reference pixel positions into a world value by using pixel values and parameters determined during a calibration.

2. The method of manufacturing of claim 1, wherein illuminating the lead is achieved using a single light source.

3. The method of manufacturing of claim 1, wherein illuminating the lead is achieved using more than one light source.

4. The method of manufacturing of claim 3, wherein the more than one light sources used are spectrally diverse from one another.

5. The method of manufacturing of claim 1, wherein the lead on the BGA device being inspected comprises a contact.

6. The method of manufacturing of claim 1, wherein the lead on the BGA device being inspected comprises a pin.

7. The method of manufacturing of claim 1, wherein the lead on the BGA device being inspected is selected from the group consisting of: bump contact, ball contact, pad, and pedestal.

8. The method of manufacturing of claim 1, wherein the bottom view of the lead and a side perspective view of the lead are obtained in a single image.

9. The method of manufacturing of claim 1, wherein the bottom view of the lead and a side perspective view of the lead are obtained in more than one image.

10. The method of manufacturing of claim 1, wherein the illuminating is with a diffuse light.

11. A method of manufacturing a ball grid array (BGA) device, the method comprising:

making a three dimensional inspection of a lead on the BGA device; and

selecting the BGA device as a produced BGA device based upon the results of the three dimensional inspection;

wherein the three dimensional inspection comprises:

illuminating the lead;

US 7,085,411 B2

21

providing fixed optical elements to obtain both a bottom view of the lead and a side perspective view of the lead;

receiving at least the bottom view and the side perspective view of the lead using a single camera;

transmitting the bottom view and the side perspective view of the lead to memory as pixel values;

determining a first lead reference pixel position in the bottom view;

determining a second lead reference pixel position in the side view; and

converting the first lead reference pixel position into a first world value and the second lead reference pixel position into a second world value by using pixel values and parameters determined during a calibration.

12. The method of manufacturing of claim 11, wherein illuminating the lead is achieved using a single light source.

13. The method of manufacturing of claim 11, wherein illuminating the lead is achieved using more than one light source.

14. The method of manufacturing of claim 13, wherein the more than one light sources used are spectrally diverse from one another.

15. The method of manufacturing of claim 11, wherein the lead on the BGA device being inspected comprises a contact.

16. The method of manufacturing of claim 11, wherein the lead on the BGA device being inspected comprises a pin.

17. The method of manufacturing of claim 11, wherein the lead on the BGA device being inspected is selected from the group consisting of: bump contact, ball contact, pad, and pedestal.

18. The method of manufacturing of claim 11, wherein the bottom view of the lead and a side perspective view of the lead are obtained in a single image.

19. The method of manufacturing of claim 11, wherein the bottom view of the lead and a side perspective view of the lead are obtained in more than one image.

20. The method of manufacturing of claim 11, wherein illuminating is with a diffuse light.

21. A method of manufacturing a ball grid array (BGA) device, the method comprising:

making a three dimensional inspection of a lead on a BGA device, wherein the BGA device comprises a plurality of balls, with the BGA device being positioned in an optical system; and

selecting the BGA device as a produced BGA device based upon the results of the three dimensional inspection;

wherein the three dimensional inspection comprises:

illuminating at least one ball on the BGA device using a fixed illumination system;

disposing a single sensor, a first optical element and a second optical element in relation to the BGA device so that the sensor obtains at least two differing views of the at least one ball, the sensor providing output representing the at least two differing views; and

processing the output using a triangulation method to calculate a three dimensional position of the at least one ball with reference to a pre-calculated calibration plane.

22. The method of manufacturing of claim 21, wherein the pre-calculated calibration plane comprises a coordinate system having X, Y and Z axes and wherein an X measurement value is proportional to a Z measurement value.

23. The method of manufacturing of claim 21, wherein the pre-calculated calibration plane comprises a coordinate sys-

22

tem having X, Y and Z axes and wherein an XY measurement value is proportional to a Z measurement value.

24. The method of manufacturing of claim 21, wherein the pre-calculated calibration plane comprises a coordinate system having X, Y and Z axes and wherein a Y measurement value is proportional to a Z measurement value.

25. The method of manufacturing of claim 21, wherein the triangulation method is based on determining a center of the at least one ball in a first view and determining a ball top location in a second view.

26. The method of manufacturing of claim 21, wherein the pre-calculated calibration plane is defined by measuring a calibration pattern.

27. The method of manufacturing of claim 21, wherein one of the at least two differing views is obtained at a low angle of view.

28. The method of manufacturing of claim 21, wherein the sensor and the second optical element are positioned to receive light from different angles relative to the calibration plane.

29. The method of manufacturing of claim 21, wherein the processing includes applying grayscale edge detection to locate ball positions.

30. The method of manufacturing of claim 21, wherein the processing includes applying threshold analysis.

31. The method of manufacturing of claim 21, wherein the BGA device comprises a bump on wafer device.

32. The method of manufacturing of claim 21, wherein processing the output is carried out using a general purpose computer.

33. The method of manufacturing of claim 21, wherein one of the views comprises a segment having a crescent shape.

34. The method of manufacturing of claim 21, wherein the two different views of the at least one ball are obtained in a single image.

35. The method of manufacturing of claim 21, wherein the two different views of the at least one ball are each obtained in a separate image.

36. A method of manufacturing a ball grid array (BGA) device, the method comprising:

making a three dimensional inspection of a BGA device, wherein the BGA device comprises a plurality of balls, with the BGA device being positioned in an optical system; and

selecting the BGA device as a produced BGA device based upon the results of the three dimensional inspection;

wherein the three dimensional inspection comprises:

illuminating the BGA device using a fixed illumination system;

disposing a single sensor to receive light at a first angle relative to the BGA device;

positioning a first optical element to transmit light to the sensor, where the sensor obtains a first view of the BGA device;

disposing a second optical element to receive light at a second angle different from the first angle and to provide a second view of the BGA device to the sensor;

transmitting image information from the sensor; and

processing the image information by applying triangulation calculations to measurements of the image information so as to calculate a three dimensional position of the at least one ball with reference to a pre-calculated calibration plane.

US 7,085,411 B2

23

37. The method of manufacturing of claim 36, wherein the illuminating comprises illuminating with a ring light.

38. The method of manufacturing of claim 36, wherein the illuminating comprises illuminating with a plurality of light emitting diodes.

39. The method of manufacturing of claim 38, wherein at least two of the plurality of light emitting diodes are spectrally diverse from one another.

40. The method of manufacturing of claim 36, wherein the illuminating comprises illuminating with reflected light.

41. The method of manufacturing of claim 36, wherein the pre-calculated calibration plane comprises a coordinate system having X, Y and Z axes and wherein an X measurement value is proportional to a Z measurement value.

42. The method of manufacturing of claim 36, wherein the pre-calculated calibration plane comprises a coordinate system having X, Y and Z axes and wherein an XY measurement value is proportional to a Z measurement value.

43. The method of manufacturing of claim 36, wherein the pre-calculated calibration plane comprises a coordinate system having X, Y and Z axes and wherein a Y measurement value is proportional to a Z measurement value.

44. The method of manufacturing of claim 36, wherein the pre-calculated calibration plane is defined by measuring a calibration pattern.

45. The method of manufacturing of claim 36, wherein the processing includes applying grayscale edge detection to locate ball positions.

46. The method of manufacturing of claim 36, wherein the processing includes applying threshold analysis.

47. The method of manufacturing of claim 36, wherein one of the views comprises a segment having a crescent shape.

48. The method of manufacturing of claim 36, wherein the first and second views of the at least one ball are obtained in a single image.

49. The method of manufacturing of claim 36, wherein the first and second views of the at least one ball are each obtained in a separate image.

50. A method of manufacturing a ball grid array (BGA) device, the method comprising:

making a three dimensional inspection of a BGA device, wherein the BGA device comprises a plurality of balls, with the BGA device being positioned in an optical system; and

selecting the BGA device as a produced BGA device based upon the results of the three dimensional inspection;

wherein the three dimensional inspection comprises:

illuminating the BGA device using a fixed illumination system;

taking a first image of the BGA device with a single camera disposed in a fixed focus position relative to the BGA device to obtain a circular doughnut shape image from at least one ball;

taking a second image of the BGA device with an optical element disposed in a fixed focus position relative to the BGA device to transmit a side view image of the at least one ball to the camera; and

processing the first image and the second image using a triangulation method to calculate a three dimensional position of the at least one ball with reference to a pre-calculated calibration plane.

51. The method of manufacturing of claim 50, wherein the second image comprises a segment having a crescent shape.

52. The method of manufacturing of claim 50, wherein the calibration plane comprises a coordinate system having X, Y

24

and Z axes and wherein an X measurement value is proportional to a Z measurement value.

53. The method of manufacturing of claim 50, wherein the triangulation method to calculate a three dimensional position of the at least one ball is based on determining a center of the ball in the first image and determining a ball top location in the second image.

54. The method of manufacturing of claim 50, wherein the pre-calculated calibration plane is defined through measuring a calibration pattern.

55. The method of manufacturing of claim 50, wherein the second image is obtained at a low angle of view.

56. The method of manufacturing of claim 50, wherein the camera and the optical element are fixed at different angles relative to the calibration plane.

57. The method of manufacturing of claim 50, wherein processing the first image and the second image comprises employing grayscale edge detection to locate ball positions.

58. The method of manufacturing of claim 50, wherein illuminating the BGA array device employs diffuse illumination.

59. The method of manufacturing of claim 50, wherein the triangulation method uses state values derived from the BGA device.

60. The method of manufacturing of claim 50, wherein the processing includes applying threshold analysis.

61. The method of manufacturing of claim 50, wherein the at least one ball on the BGA device being inspected comprises a contact.

62. The method of manufacturing of claim 50, wherein the at least one ball on the BGA device being inspected comprises a pin.

63. The method of manufacturing of claim 50, wherein the at least one ball on the BGA device being inspected is selected from the group consisting of: bump contact, ball contact, pad, and pedestal.

64. The method of manufacturing of claim 50, wherein the circular doughnut shape image and the side view image comprise a single image.

65. The method of manufacturing of claim 50, wherein the circular doughnut shape image and the side view image each comprise a separate image.

66. A method of manufacturing a ball grid array (BGA) device; the method comprising:

making a three dimensional inspection of a lead on the BGA device; and

selecting the BGA device as a produced BGA device based upon the results of the three dimensional inspection;

wherein the three dimensional inspection comprises:

illuminating the lead;

providing fixed optical elements to obtain two differing views of the lead;

disposing at least one sensor to obtain the two differing views of the lead;

transmitting the two differing views of the lead to memory;

determining a first lead reference position in a first view;

determining a second lead reference position in a second view; and

converting the first and second lead reference positions into a world value by using parameters determined during a calibration.

67. The method of manufacturing of claim 66, wherein the lead on the BGA device being inspected comprises a contact.

US 7,085,411 B2

25

68. The method of manufacturing of claim 66, wherein the lead on the BGA device being inspected is selected from the group consisting of: bump contact, ball contact, pin contact, pad, and pedestal.

69. The method of manufacturing of claim 66, wherein illuminating the lead is achieved using a single light source.

70. The method of manufacturing of claim 66, wherein illuminating the lead is achieved using more than one light source.

71. The method of manufacturing of claim 70, wherein the more than one light sources used are spectrally diverse from one another.

72. The method of manufacturing of claim 66, wherein the illuminating is with a diffuse light.

73. The method of manufacturing of claim 66, wherein the illuminating is with a ring light.

74. The method of manufacturing of claim 66, wherein the illuminating comprises illuminating with a plurality of light emitting diodes.

75. The method of manufacturing of claim 66, wherein a first view of the lead and a second view of the lead are obtained in a single image.

76. The method of manufacturing of claim 66, wherein a first view of the lead and a second view of the lead are obtained in two images.

77. The method of manufacturing of claim 66, wherein a first view of the lead and a second view of the lead are obtained in more than two images.

78. The method of manufacturing of claim 66, wherein the at least two differing views of the lead are obtained using a single sensor.

79. The method of manufacturing of claim 66, wherein the at least two differing views of the lead are obtained using two sensors.

80. The method of manufacturing of claim 66, wherein the at least two differing views of the lead are obtained using more than two sensors.

81. The method of manufacturing of claim 66, wherein the at least one sensor is selected from the group consisting of: digital camera, image sensor, charged coupled device array, and complementary metal-oxide semiconductor.

82. The method of manufacturing of claim 66, wherein one of the views comprises a segment having a donut shape.

83. The method of manufacturing of claim 66, wherein one of the views comprises a segment having a crescent shape.

84. The method of manufacturing of claim 66, wherein one of the views is obtained at a low angle of view.

85. The method of manufacturing of claim 66, wherein one of the views is obtained at a 0 degree angle of view.

86. The method of manufacturing of claim 66, wherein one of the views is obtained at a 90 degree angle of view.

87. The method of manufacturing of claim 66, wherein a displacement in a first view is proportional to a displacement in a second view.

88. The method of manufacturing of claim 66, wherein the first lead reference position determined from a center of the lead in a first view.

89. The method of manufacturing of claim 66, wherein the second lead reference position is determined from a top location of the lead in a second view.

90. The method of manufacturing of claim 66, wherein the first lead reference position is determined from a pixel position.

91. The method of manufacturing of claim 66, wherein the first lead reference position is determined from a world position.

26

92. The method of manufacturing of claim 66, wherein the second lead reference position is determined from a pixel position.

93. The method of manufacturing of claim 66, wherein the second lead reference position is determined from a world position.

94. The method of manufacturing of claim 66, wherein the first lead reference position is determined from grayscale edge detection.

95. The method of manufacturing of claim 66, wherein the first lead reference position is determined from threshold analysis.

96. The method of manufacturing of claim 66, wherein the first lead reference position is determined from convolution.

97. The method of manufacturing of claim 66, wherein the second lead reference position is determined from grayscale edge detection.

98. The method of manufacturing of claim 66, wherein the second lead reference position is determined from threshold analysis.

99. The method of manufacturing of claim 66, wherein the first second reference position is determined from convolution.

100. The method of manufacturing of claim 66, wherein converting the first and second lead reference positions into a world value is carried out using a triangulation calculation.

101. The method of manufacturing of claim 66, wherein converting the first and second lead reference positions into a world value is carried out using an interpolation calculation.

102. The method of manufacturing of claim 66, wherein converting the first and second lead reference positions into a world value is carried out using a general purpose computer.

103. The method of manufacturing of claim 66, wherein the world value comprises an X, Y, and Z position.

104. The method of manufacturing of claim 66, wherein the world value comprises a Z distance from a calibration plane.

105. The method of manufacturing of claim 66, wherein the world value comprises a Z distance from a regression plane.

106. The method of manufacturing of claim 66, wherein the world value comprises a Z distance from a seating plane.

107. The method of manufacturing of claim 66, wherein the parameters are determined by measuring a calibration pattern of known dimension and spacing.

108. The method of manufacturing of claim 66, wherein the parameters are determined by measuring a lead on a BGA device.

109. The method of manufacturing of claim 66, wherein the parameters define a calibration plane.

110. The method of manufacturing of claim 109, wherein the calibration plane comprises a coordinate system having X, Y and Z axes.

111. The method of manufacturing of claim 109, wherein the calibration plane is determined by measuring a calibration pattern.

112. The method of manufacturing of claim 109, wherein the calibration plane is determined by storing the locations of calibration dots in memory.

113. The method of manufacturing of claim 109, wherein the calibration plane is referenced to relate positions of differing views.

114. The method of manufacturing of claim 109, wherein the calibration plane is referenced to perform an interpolation function.

US 7,085,411 B2

27

115. The method of manufacturing of claim 109, wherein the calibration plane is referenced to convert pixel values into world values.

116. A method of manufacturing a BGA (BGA) device, the method comprising:

making a three dimensional inspection of a lead on the BGA device; and

selecting the BGA device as a produced BGA device based upon the results of the three dimensional inspection;

wherein the three dimensional inspection comprises:

illuminating the lead with a ring light and a side light;

providing fixed optical elements to obtain two differing views of the lead;

disposing at least one sensor to obtain the two differing views of the lead;

transmitting the two differing views of the lead to memory;

determining a first lead reference position in a first view;

determining a second lead reference position in a second view; and

converting the first and second lead reference positions into a world value by using parameters determined during a calibration.

117. A method of manufacturing a ball grid array (BGA) device, the method comprising:

making a three dimensional inspection of a lead on the BGA device; and

selecting the BGA device as a produced BGA device based upon the results of the three dimensional inspection;

wherein the three dimensional inspection comprises:

illuminating the lead with a ring light and a side light;

providing fixed optical elements to obtain two differing views of the lead;

disposing at least one sensor to obtain the two differing views of the lead;

transmitting the two differing views of the lead to memory;

determining a first lead reference position in a first view;

determining a second lead reference position in a second view; and

converting the first and second lead reference positions into a world value by using the locations of a calibration pattern stored in memory.

118. A method of manufacturing a ball grid array (BGA) device, the method comprising:

making a three dimensional inspection of a lead on the BGA device: and

selecting the BGA device as a produced BGA device based upon the results of the three dimensional inspection;

wherein the three dimensional inspection comprises:

illuminating the lead;

providing fixed optical elements to obtain a first view of the lead that comprises a segment having a donut shape and a second view of the lead that comprises a segment having a crescent shape;

disposing at least one sensor to obtain the first and second views of the lead;

transmitting the two differing views of the lead to memory;

determining a first lead reference position in a first view;

28

determining a second lead reference position in a second view; and

converting the first and second lead reference positions into a world value by using the locations of a calibration pattern stored in memory.

119. A method of manufacturing a ball grid array (BGA) device, the method comprising:

making a three dimensional inspection of a lead on the BGA device; and

selecting the BGA device as a produced BGA device based upon the results of the three dimensional inspection;

wherein the three dimensional inspection comprises:

illuminating the lead;

providing fixed optical elements to obtain a first view of the lead that comprises a segment having a donut shape and a second view of the lead that comprises a segment having a crescent shape;

disposing at least one sensor to obtain the first and second views of the lead;

transmitting the two differing views of the lead to memory;

determining a first lead reference position in a first view;

determining a second lead reference position in a second view; and

converting the first and second lead reference positions into an X, Y, and Z world value by using the locations of a calibration pattern stored in memory.

120. A method of manufacturing a ball grid array (BGA) device, the method comprising:

making a three dimensional inspection of a lead on the BGA device; and

selecting the BGA device as a produced BGA device based upon the results of the three dimensional inspection;

wherein the three dimensional inspection comprises:

illuminating the lead with a ring light and a side light;

providing fixed optical elements to obtain two differing views of the lead;

disposing a single sensor to obtain the two differing views of the lead;

transmitting the two differing views of the lead to memory;

determining a first lead reference position in a first view;

determining a second lead reference position in a second view; and

converting the first and second lead reference positions into a world value by using parameters determined during a calibration.

121. A method of manufacturing a ball grid array (BGA) device, the method comprising:

making a three dimensional inspection of a lead on the BGA device; and

selecting the BGA device as a produced BGA device based upon the results of the three dimensional inspection;

wherein the three dimensional inspection comprises:

illuminating the lead with a ring light and a side light that are spectrally diverse from one another;

providing fixed optical elements to obtain two differing views of the lead;

disposing a single sensor to obtain the two differing views of the lead;

transmitting the two differing views of the lead to memory;

US 7,085,411 B2

29

determining a first lead reference position in a first view;

determining a second lead reference position in a second view; and

converting the first and second lead reference positions into a world value by using parameters determined during a calibration.

122. A method of manufacturing a ball grid array (BGA) device, the method comprising:

making a three dimensional inspection of a lead on the BGA device; and

selecting the BGA device as a produced BGA device based upon the results of the three dimensional inspection;

wherein the three dimensional inspection comprises:

illuminating the lead with a ring light and a side light;

providing fixed optical elements to obtain two differing views of the lead;

disposing a single one sensor to obtain the two differing views of the lead;

transmitting the two differing views of the lead to memory;

determining a first lead reference position in a first view;

determining a second lead reference position in a second view; and

converting the first and second lead reference positions into a world value by using the locations of a calibration pattern stored in memory.

123. A method of manufacturing a ball grid array (BGA) device, the method comprising:

making a three dimensional inspection of a lead on the BGA device; and

selecting the BGA device as a produced BGA device based upon the results of the three dimensional inspection;

wherein the three dimensional inspection comprises:

illuminating the lead with a ring light and a side light;

providing fixed optical elements to obtain two differing views of the lead;

disposing a single one sensor to obtain the two differing views of the lead;

transmitting the two differing views of the lead to memory;

determining a first lead reference position in a first view;

determining a second lead reference position in a second view; and

converting the first and second lead reference positions into an X, Y, and Z world value by using the locations of a calibration pattern stored in memory.

124. A method of manufacturing a ball grid array (BGA) device, the method comprising:

making a three dimensional inspection of a lead on the BGA device; and

selecting the BGA device as a produced BGA device based upon the results of the three dimensional inspection;

30

wherein the three dimensional inspection comprises:

illuminating the lead with a ring light and a side light that are spectrally diverse from one another;

providing fixed optical elements to obtain two differing views of the lead;

disposing a single one sensor to obtain the two differing views of the lead;

transmitting the two differing views of the lead to memory;

determining a first lead reference position in a first view;

determining a second lead reference position in a second view; and

converting the first and second lead reference positions into a world value by using the locations of a calibration pattern stored in memory.

125. A method of manufacturing a ball grid array (BGA) device, the method comprising:

making a three dimensional inspection of a lead on the BGA device; and

selecting the BGA device as a produced BGA device based upon the results of the three dimensional inspection;

wherein the three dimensional inspection comprises:

illuminating the lead;

providing fixed optical elements to obtain a first view of the lead that comprises a segment having a donut shape and a second view of the lead that comprises a segment having a crescent shape;

disposing a single sensor to obtain the first and second views of the lead;

transmitting the two differing views of the lead to memory;

determining a first lead reference position in a first view;

determining a second lead reference position in a second view; and

converting the first and second lead reference positions into a world value by using the locations of a calibration pattern stored in memory.

126. A method of manufacturing a ball grid array (BGA) device having a plurality of leads, the method comprising:

calibrating a system with a planar precision pattern;

illuminating the leads;

providing fixed optical elements;

obtaining a single bottom view of the leads;

obtaining a single side view of the leads;

determining a first lead reference position in a bottom view;

determining a second lead reference position in a side view;

converting the first and second lead reference positions into a Z value;

comparing a Z value to a tolerance value;

determining a pass result; and

selecting the BGA device as a manufactured product.

*  *  *  *  *