

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 5593

---

NVIDIA CORPORATION,

    Plaintiff,

-against-

SCANNER TECHNOLOGIES CORPORATION,

    Defendant.

08CV
ECF Case

### RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff NVIDIA Corporation certifies that NVIDIA Corporation has no parent corporation, and that no publicly held corporation owns 10% or more of NVIDIA Corporation's stock.

Dated: New York, New York
June 20, 2008

                ORRICK, HERRINGTON & SUTCLIFFE LLP

                By: _____
                      Rodger Andrew Sadler (RS-5657)

                666 Fifth Avenue
                New York, New York 10103
                (212) 506-5053

                Attorneys for Plaintiff
                NVIDIA CORPORATION

OF COUNSEL:

I. Neel Chatterjee
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
(650) 614-7400