🖎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
|---|---|---|

NVIDIA CORPORATION

**SUMMONS IN A CIVIL ACTION**

v.

SCANNER TECHNOLOGIES CORPORATION

08 CV 5593

CASE NUMBER:

JUDGE RAKOFF

TO: (Name and address of Defendant)

**Scanner Technologies Corporation**
**14505 21st Avenue North**
**Minneapolis, MN 55447**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Rodger Andrew Sadler
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, New York 10103

an answer to the complaint which is served on you with this summons, within _____**20**_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JUN 2 9 2008

J. MICHAEL McMAHON

CLERK

DATE

_(By) DEPUTY CLERK_

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**CASE NO 08 CV - 5593**

**NVIDIA CORPORATION**
    **Plaintiffs,**

**vs.**

                                   **AFFIDAVIT OF SERVICE**

**SCANNER TECHNOLOGIES CORPORATION,**
    **Defendants,**

Dean Lillemoe,  being duly sworn, on oath, says that he is a resident of the State of Minnesota, and not a party to the case, that on the 25th day of June, 2008 at 3:25 pm, he served the attached, *SUMMONS , DECLARATORY JUDGMENT COMPLAINT, CIVIL COVER SHEET, RULE 7.1 STATEMENT, JUDGE AND MAGISTRATES RULES INCLUDING ECF  upon SCANNER TECHNOLOGIES CORPORATION,*  therein named, personally at 14505 21st Avenue North, Minneapolis, in the County of Hennepin, State of Minnesota, by handing to and leaving a true and correct copy thereof with Elaine Beaty, Corporate Secretary,  authorized to accept.

Description;  Age: 60   Race: White   Sex: F   Hgt: 5'6    Wgt: 140   Hair: Gray   Glasses: N

Subscribed and sworn to before me
this 27th day of June, 2008.



CHARLES C. SMITH
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan 31 2010