UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NVIDIA CORPORATION,

    Plaintiff,

-against-

SCANNER TECHNOLOGIES CORPORATION,

    Defendant.

No. 08-cv-5593 (JSR)

**MOTION TO ADMIT ROBERT W. RICKETSON *PRO HAC VICE***

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Rodger Andrew Sadler, a member of good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

    Robert W. Ricketson
    Orrick, Herrington, & Sutcliffe LLP
    1000 Marsh Road
    Menlo Park, CA 94025-1021
    Tel: 650-614-7400
    Fax: 650-614-7401

Mr. Ricketson is a member in good standing of the Bar of the State of California. There are no pending disciplinary proceedings against Mr. Ricketson in any State or Federal court.

Dated: New York, New York
       August 4, 2008

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
Rodger Andrew Sadler (RS-5657)
666 Fifth Avenue
New York, NY 10103-0001
Tel: 212-506-5000
Fax: 212-506-5151
Attorneys for Plaintiff
NVIDIA Corporation

OHS East:160462235.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NVIDIA CORPORATION,

Plaintiff,

-against-

SCANNER TECHNOLOGIES CORPORATION,

Defendant.

---

No. 08-cv-5593 (JSR)

**AFFIDAVIT OF RODGER ANDREW SADLER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

RODGER ANDREW SADLER, pursuant to 28 U.S.C. § 1746, declares:

1. I am an attorney and a partner in the New York office of Orrick, Herrington & Sutcliffe LLP ("Orrick"), counsel for Plaintiff NVIDIA Corporation ("NVIDIA") in this action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of NVIDIA's motion to admit Robert W. Ricketson as counsel *pro hac vice* for NVIDIA in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law on January 26, 1999. I am also admitted to the bar of the United States District Court for the Southern District of New York, and I am in good standing with this Court.

3. I have known Mr. Ricketson since Mr. Ricketson joined Orrick in June 2008.

4. Mr. Ricketson is an associate in the Menlo Park, California Office of Orrick.

5. I have found Mr. Ricketson to be a skilled attorney and a person of integrity. He is experienced in Federal Court practice and is familiar with the Federal Rules of Procedure.

6. I respectfully move for the admission of Mr. Ricketson *pro hac vice*. Attached hereto as Exhibit A is a proposed order granting the *pro hac vice* admission of Mr. Ricketson.

OHS East:160462235.1

- 2 -

I declare under penalty of perjury this 4 day of August 2008 that the foregoing statements made by me are true and correct.

Dated: New York, New York
       August 4, 2008

CARMEN L. RODRIGUEZ
Notary Public, State of New York
No. 01RO6139499
Qualified in New York County
Commission Expires Jan. 9, 20 10

*Carmen L. Rodriguez* (signature)

Respectfully submitted,

*Rodger Sadler* (signature)
_____
Rodger Andrew Sadler

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NVIDIA CORPORATION,

Plaintiff,

-against-

SCANNER TECHNOLOGIES CORPORATION,

Defendant.

No. 08-cv-5593 (JSR)

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF ROBERT W. RICKETSON**

---

This matter having come before the Court on the Motion of Rodger Andrew Sadler, attorney for Plaintiff NVIDIA Corporation, for Admission *Pro Hac Vice* of Robert W. Ricketson to practice before this Court in representing Plaintiff NVIDIA Corporation in this action.

IT IS HEREBY ORDERED THAT the motion should be and hereby is GRANTED, and that:

> Robert W. Ricketson
> Orrick, Herrington, & Sutcliffe LLP
> 1000 Marsh Road
> Menlo Park, CA 94025-1021
> Tel: 650-614-7400
> Fax: 650-614-7401

is hereby admitted to practice *pro hac vice* before this Court as counsel for NVIDIA Corporation in the above-captioned case.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

SO ORDERED.

Dated: _____, 2008

_____
The Honorable Jed S. Rakoff
UNITED STATES DISTRICT JUDGE

OHS East:160462235.1



**THE STATE BAR**  
**OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639       TELEPHONE: 888-800-3400

July 18, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ROBERT WILLIAM RICKETSON, #148481 was admitted to the practice of law in this state by the Supreme Court of California on December 4, 1990; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert  
Custodian of Membership Records

## CERTIFICATE OF SERVICE

I hereby certify that on Aug. 4 2008 I caused a copy of the foregoing Motion for Admission *Pro Hac Vice* of Robert W. Ricketson, and supporting Affidavit, and proposed order to be served by Federal Express, standard overnight delivery, on:

> Kurt J. Niederluecke
> Fredrikson & Byron, P.A.
> 200 South Sixth Street
> Suite 4000
> Minneapolis, MN 55402-1425

Dated: New York, New York
       August 4, 2008

_____
Rodger Andrew Sadler