UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NVIDIA CORPORATION,

    Plaintiff,

-against-

SCANNER TECHNOLOGIES CORPORATION,

    Defendant.

No. 08-cv-5593 (JSR)

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF ROBERT W. RICKETSON**

---

This matter having come before the Court on the Motion of Rodger Andrew Sadler, attorney for Plaintiff NVIDIA Corporation, for Admission *Pro Hac Vice* of Robert W. Ricketson to practice before this Court in representing Plaintiff NVIDIA Corporation in this action.

IT IS HEREBY ORDERED THAT the motion should be and hereby is GRANTED, and that:

    Robert W. Ricketson
    Orrick, Herrington, & Sutcliffe LLP
    1000 Marsh Road
    Menlo Park, CA 94025-1021
    Tel: 650-614-7400
    Fax: 650-614-7401

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 8-11-08]

is hereby admitted to practice *pro hac vice* before this Court as counsel for NVIDIA Corporation in the above-captioned case.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

SO ORDERED.

Dated: __8/8__, 2008

                                                The Honorable Jed S. Rakoff
                                              UNITED STATES DISTRICT JUDGE

OHS East:160462235.1

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

July 18, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ROBERT WILLIAM RICKETSON, #148481 was admitted to the practice of law in this state by the Supreme Court of California on December 4, 1990; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

## CERTIFICATE OF SERVICE

I hereby certify that on **Aug. 4 2008** I caused a copy of the foregoing Motion for Admission *Pro Hac Vice* of Robert W. Ricketson, and supporting Affidavit, and proposed order to be served by Federal Express, standard overnight delivery, on:

>Kurt J. Niederluecke
>Fredrikson & Byron, P.A.
>200 South Sixth Street
>Suite 4000
>Minneapolis, MN 55402-1425

Dated: New York, New York
August **4**, 2008

Rodger Andrew Sadler

OHS East:160462235.1