```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
NVIDIA CORPORATION,                  :
                                     :
            Plaintiff,               :    08 Civ. 5593 (JSR)
                                     :
       -v-                           :    ORDER
                                     :
SCANNER TECHNOLOGIES CORPORATION,    :
                                     :
            Defendant.               :
------------------------------------ :
                                     x
```

JED S. RAKOFF, U.S.D.J.

  Having determined during a teleconference with counsel that this case is "related," within the meaning of Rule 15 of the Southern District of New York's Rules for the Division of Business Among District Judges, to two cases assigned to Judge Denny Chin, see <u>Scanner Techs. Corp. v. ICOS Vision Systems Corp.</u>, N.V., 00 Civ. 4992; <u>ICOS Vision Systems Corp. N.V. et al v. Scanner Techs. Corp.</u>, 08 Civ. 5601, the Court will transfer this case to Judge Chin with his consent. Accordingly, the parties need not appear for the conference scheduled before this Court for 4 p.m. this afternoon.

  SO ORDERED.

Dated: New York, NY
   August 12, 2008

                    JED S. RAKOFF / U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-13-08