USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/15/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
NVIDIA CORPORATION,                :   ECF CASE
                                   :
                        Plaintiff, :   08-CIV-5593 (DC)
                                   :
        -against-                  :   **STIPULATION**
                                   :   **EXTENDING TIME**
SCANNER TECHNOLOGIES CORPORATION,  :
                                   :
                        Defendant. :
---------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys, that the time for defendant to answer or move with respect to the Complaint is extended to ~~and including August 14, 2008.~~ a date to be set at the pre-motion conference.

Dated: New York, NY
       August 12, 2008

ORRICK, HERRINGTON & SUTCLIFFE LLP        HODGSON RUSS LLP

By: _____            By: _____
    Rodger Andrew Sadler (RS-5657)           Jacqueline I. Meyer (JM-2400)
*Attorneys for Plaintiff*                 *Attorneys for Defendant*
666 Fifth Avenue                          1540 Broadway
New York, NY 10103                        New York, NY 10036
Tel: (212) 506-5053                       (212) 751-4300
Email: rsadler@orrick.com                 Email: jmeyer@hodgsonruss.com

SO ORDERED:

_____
HON. DENNY CHIN
UNITED STATES DISTRICT JUDGE
8/15/08